IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BOLLINGER SHIPYARDS, LLC, | ) ) |
| Defendant. | ) ) |

Case No. 1:25-cv-00288-TBM-RPM

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, the U.S. Equal Employment Opportunity Commission. hereby notifies the Court and all counsel that Trent Thompson is entering his appearance as counsel for Plaintiff.

Respectfully submitted, September 30, 2025,

                                          s/ Trent Thompson
                                        Wm. Trent Thompson
                                        NY Bar No. 5232525
                                        Attorney for Plaintiff
                                        Equal Employment Opportunity Commission
                                        Birmingham District Office
                                        1130 22nd Street South, Suite 2000
                                        Birmingham, Alabama 35205
                                        Telephone: (205) 651-7065
                                        Fax: (205) 212-2041
                                        Email: william.thompson@eeoc.gov