IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BOLLINGER SHIPYARDS, LLC,<br><br>Defendant. | Case No. 1:25-cv-00288-TBM-RPM |

## MOTION FOR STAY AND EXTENSION WITH REQUEST FOR EXPEDITED RULING

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and federal government shutdown. The EEOC also requests an expedited ruling on this motion.

1. The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

2. Federal government appropriations lapsed at midnight on September 30, 2025, and EEOC is now shut down.

3. The EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. §

1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies …" 31 U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. Given the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on October 1, 2025.

5. Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

6. Counsel for the EEOC has contacted Defendant's counsel regarding this motion and defendant does not oppose this motion.

7. The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted, October 1, 2025,

> s/ Trent Thompson
> Wm. Trent Thompson
> NY Bar No. 5232525
> Attorney for Plaintiff
> Equal Employment Opportunity Commission
> Birmingham District Office
> 1130 22nd Street South, Suite 2000
> Birmingham, Alabama 35205

Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov