IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BOLLINGER SHIPYARDS, LLC, | ) ) |
| Defendant. | ) ) |

Case No. 1:25-cv-00288-TBM-RPM

### CERTIFICATE OF SERVICE

I hereby certify that Defendant's counsel, David Korn, consented in writing to service of Plaintiff's Motion for Stay and Extension with Request for Expedited Ruling (the "Motion") by electronic mail and that I have this day served the Motion and accompanying proposed order on Mr. Korn by electronic mail at dkorn@phelps.com.

Respectfully submitted, October 1, 2025,

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov