IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BOLLINGER SHIPYARDS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:25-cv-00288-TBM-RPM<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPROPRIATIONS

Plaintiff Equal Employment Opportunity Commission (EEOC) respectfully submits this notice pursuant to the Court's October 30, 2025 order, which granted a stay of the proceedings in this matter because of a lapse in appropriations. On November 12, 2025, appopriations were restored to the EEOC. *See Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act*, H.R. 5371, 119th Congress (2025-2026). Accordingly, Plaintiff respectfully submits that a stay is no longer necessary.[1]

Respectfully submitted, November 14, 2025,

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff

---

[1] Plaintiff's counsel has conferred with Defendant's counsel regarding the stay, and Defendant does not oppose lifting the stay.

Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov