## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **BOLLINGER SHIPYARDS, LLC,** ) <br> ) <br> **Defendant.** ) | Case No. 1:25-cv-00288-TBM-RPM |

### CERTIFICATE OF SERVICE

I hereby certify that Defendant's counsel, David Korn, consented in writing to service of Plaintiff's Notice of Appropriations (the "Notice") by electronic mail and that I have this day served the Notice on Mr. Korn by electronic mail at dkorn@phelps.com.

Respectfully submitted, November 14, 2025,

                                            s/ Trent Thompson
                                            Wm. Trent Thompson
                                            NY Bar No. 5232525
                                            Attorney for Plaintiff
                                            Equal Employment Opportunity Commission
                                            Birmingham District Office
                                            1130 22nd Street South, Suite 2000
                                            Birmingham, Alabama 35205
                                            Telephone: (205) 651-7065
                                            Fax: (205) 212-2041
                                            Email: william.thompson@eeoc.gov