IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EQUAL EMPLOYMENT                    )
OPPORTUNITY COMMISSION             )
                                   )
                   Plaintiff,      )        CIVIL ACTION NO.
                                   )        1:25-cv-288-TBM-RPM
                                   )
        v.                         )
                                   )
                                   )
                                   )
BOLLINGER SHIPYARDS, LLC           )
                                   )
                   Defendant.      )

**NOTICE OF ATTORNEY APPEARANCE**

Plaintiff U.S. Equal Employment Opportunity Commission hereby notifies the Court and

all counsel that Jay Kucia is entering his appearance as counsel for Plaintiff.

Respectfully submitted on December 3, 2025,

EQUAL EMPLOYMENT                   */s/ Jay Kucia*
OPPORTUNITY COMMISSION             Jay Kucia
Jackson Area Office                MSB No. 106123
Dr. A.H. McCoy Federal Building, Suite 338    Trial Attorney
100 West Capitol Street            jay.kucia@eeoc.gov
Jackson, Mississippi 39269         (205) 651-7081

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the foregoing was filed electronically on December 3, 2025. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Jay Kucia*
Jay Kucia