IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 1:25-cv-00288-TBM-RPM ) |
| BOLLINGER SHIPYARDS, LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Plaintiff, the U.S. Equal Employment Opportunity Commission, hereby notifies the Court and all counsel that Benjamin G. Cain is entering his appearance as additional counsel for Plaintiff.

Date: December 5, 2025

*/s/ Benjamin G. Cain*

**Benjamin G. Cain**
Acting Assistant Regional Attorney
D.C. Bar No. 1046636
U.S. Equal Employment Opportunity Commission
Jackson Area Office
Dr. A.H. McCoy Federal Bldg.
100 W. Capitol St., Suite 338
Jackson, MS 39269
benjamin.g.cain@eeoc.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which provides electronic notification to all counsel of record.

*/s/ Benjamin G. Cain*
Benjamin G. Cain
