UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EQUAL EMPLOYMENT                                                    PLAINTIFF
OPPORTUNITY COMMISSION


VERSUS                                          CIVIL ACTION NO. 1:25-CV-288-TBM-RPM


BOLLINGER SHIPYARDS, LLC                                          DEFENDANT

## <u>ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE</u>

The Court has considered the Motions to Appear Pro Hac Vice filed by Defendant Bollinger Shipyards, LLC for attorneys David M. Korn and Caroline E. Perlis.  [12]; [13].  The Court finds the motions to be in substantial compliance with Rule 83.1 of the Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the [12] [13] Motions to Appear Pro Hac Vice are hereby GRANTED, and that David M. Korn and Caroline E. Perlis shall be admitted to serve as co-counsel for Defendant Bollinger Shipyards, LLC.  Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 26th day of January 2026.


/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE