IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| PLAINTIFF, | ) ) ) | Civil Action No. |
| v. | ) ) | 1:25cv00288-TBM-RPM |
| BOLLINGER SHIPYARDS, LLC, | ) ) ) | |
| DEFENDANT. | ) | |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S**
**NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION**

Notice is hereby given pursuant to Local Uniform Civil Rule 5(d)(1) that, on February 5, 2026, Plaintiff Equal Employment Opportunity Commission disclosed to Defendant Bollinger Shipyards, LLC the information required by Local Uniform Civil Rule 26(a)(1), except that Plaintiff has temporarily withheld private medical information from these initial disclosures, as stated in the proposed Case Management Order pursuant to Local Uniform Civil Rule 26(a)(1)(A).

Respectfully submitted, February 5, 2026,

                                            s/ Trent Thompson
                                            Wm. Trent Thompson
                                            NY Bar No. 5232525
                                            Attorney for Plaintiff
                                            Equal Employment Opportunity Commission
                                            Birmingham District Office

1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov