**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION**

**VS.**  **CIVIL ACTION NO.: 1:25-CV-288**

**BOLLINGER SHIPYARDS, LLC**

**BOLLINGER SHIPYARDS LLC'S NOTICE OF SERVICE
OF PRE-DISCOVERY DISCLOSURE INFORMATION**

Notice is hereby given pursuant to Local Union Civil Rule 5(d)(1) that, on February 5, 2026, Defendant, Bollinger Shipyards, LLC ("Bollinger"), disclosed to Plaintiff, Equal Employment Opportunity Commission (EEOC), the information required by Local Uniform Civil Rule 26(a)(1), except that Defendant has temporarily withheld private medical information and confidential business information from these disclosures, as stated in the proposed Case Management Order, pursuant to Local Uniform Civil Rule 26(a)(1)(A).

THIS the 6th day of February, 2026.

                Respectfully submitted,

                **PHELPS DUNBAR LLP**

                BY:  */s/ David Korn*
                      Mark Fijman (MS Bar #99153)
                      David Korn (admitted pro hac vice)
                      Caroline Perlis (admitted pro hac vice)
                      Canal Place | 365 Canal Street, Suite 2000
                      New Orleans, Louisiana 70130
                      Telephone: 504 566 1311
                      Facsimile: 504 568 9130
                      Email: fijmanm@phelps.com
                      Email: david.korn@phelps.com
                      Email: caroline.perlis@phelps.com

**ATTORNEYS FOR DEFENDANT**
**BOLLINGER SHIPYARDS, LLC**

2