IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

VS.  CIVIL ACTION NO.: 1:25-CV-288

BOLLINGER SHIPYARDS, LLC

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW Adam Harris of Phelps Dunbar LLP, and respectfully enters his appearance as one of the attorneys of record for the Defendant, Bollinger Shipyards, LLC.  You are requested to provide the undersigned with a copy of all notices, pleadings, correspondence and other matters which relate to this litigation at the address stated below.

DATED this the 23rd day of February, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Adam Harris
          Mark Fijman (MS Bar #99153)
          Adam Harris (MS Bar #102955)
          David Korn  (Admitted *Pro Hac Vice*)
          Caroline Perlis (Admitted *Pro Hac Vice*)
          Canal Place | 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130
          Telephone: 504 566 1311
          Facsimile: 504 568 9130
          fijmanm@phelps.com
          adam.harris@phelps.com
          david.korn@phelps.com
          caroline.perlis@phelps.com


**ATTORNEY FOR DEFENDANT
BOLLINGER SHIPYARDS, LLC**

PD.60812544.1

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date filed the above and foregoing document using the Court's CM/ECF system which will send notification of same to all counsel of record.

THIS, the 23rd day of February, 2026.

                                                  */s/Adam Harris*
                                                  Adam Harris

PD.60812544.1