IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> PLAINTIFF, <br><br> V. <br><br> BOLLINGER SHIPYARDS, LLC, <br><br> DEFENDANT. | CASE 1:25-CV-00288-TBM-RPM |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, come Defendant, Bollinger Shipyards, LLC and Plaintiff, Equal Employment Opportunity Commission, who respectfully request this Honorable Court enter the Stipulated Protective Order submitted by the Parties pursuant to Federal Rule of Civil Procedure 26(c). The Parties agree that good cause under Federal Rule of Civil Procedure 26(c)(1)(B) and (D) exists here to protect the Parties from the annoyance, embarrassment, or oppression of the disclosure of their confidential medical or corporate information. The Parties submitted the proposed Stipulated Protective Order on February 20, 2026, via email to the chambers of the Honorable Robert P. Meyers, Jr.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/ David Korn
     Mark Fijman (MS Bar #99153)
     Adam Harris (MS Bar #102955)
     David Korn  (Admitted *Pro Hac Vice*)
     Caroline Perlis (Admitted *Pro Hac Vice*)

1

Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
fijmanm@phelps.com
david.korn@phelps.com
caroline.perlis@phelps.com

**ATTORNEYS FOR DEFENDANT
BOLLINGER SHIPYARDS, LLC**

and:

BY: /s/ Jay Kucia
Jay Kucia
MS Bar No. 106123
Equal Employment Opportunity Commission
Jackson Area Office
100 West Capitol Street, Suite 338
Jackson, Mississippi 39269
Telephone: 769-487-6906
jay.kucia@eeoc.gov

**ATTORNEY FOR PLAINTIFF
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 25, 2026, I served the foregoing on Defendant's counsel via the Court's Electronic Case Filing system.

*/s/ Jay Kucia*
Jay Kucia
