IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:25cv288-TBM-RPM |
| | ) | |
| BOLLINGER SHIPYARDS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Equal Employment Opportunity Commission requests extensions of time for Plaintiff and Defendant Bollinger Shipyards, LLC, to submit expert designations.

1.      On February 12, 2026, this Court entered a Case Management Order ("CMO") (Doc. 17) in this matter.

2.      Under the CMO, Plaintiff must designate any experts by June 8, 2026 and Defendant must designate any experts by July 8, 2026.

3.      Plaintiff has retained an expert witness who is currently working to draft her report.

4.      Plaintiff's expert has recently experienced and continues to experience a significant personal exigency due to an immediate family member's serious illness.

5.      Plaintiff respectfully requests an extension of time to submit its expert designation so that its expert may balance the exigency and the orderly preparation of her report.

6.      In the interest of fairness, Plaintiff also seeks an equivalent extension of time for Defendant to submit its expert designation.

1

7. Specifically, Plaintiff requests a three-week extension of each party's expert designation deadline. This would require Plaintiff to submit its expert designation by June 29, 2026, and Defendant to submit its expert designation by July 29, 2026.

8. Undersigned counsel contacted Defendant's counsel, and Defendant does not oppose the requested extensions of time.

9. The extensions are not expected to impact the discovery deadline of September 9, 2026.

10. Given the nature of this request, Plaintiff requests that this Court waive the requirement of a separate supporting memorandum of law.

For these reasons, Plaintiff requests that the Court allow Plaintiff until June 29, 2026, to submit its expert designation and allow Defendant until July 29, 2026, to submit its expert designation.

Respectfully submitted on May 26, 2026,

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Jackson Area Office Dr. A.H. McCoy Federal Building 100 W. Capitol St., Suite 338 Jackson, MS 39269 | */s/ Jay Kucia* Jay Kucia MS Bar No. 106123 Trial Attorney jay.kucia@eeoc.gov (205) 651-7081 |
| | Benjamin G. Cain D.C. Bar No. 1046636 Assistant Regional Attorney benjamin.g.cain@eeoc.gov (769) 487-6907 |

2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205

Marsha L. Rucker
PA Bar No. 90041
Regional Attorney
marsha.rucker@eeoc.gov
(205) 651-7045

Wm. Trent Thompson
NY BAR No. 5232525
Trial Attorney
william.thompson@eeoc.gov
(205) 651-7065

3

<u>CERTIFICATE OF SERVICE</u>

I certify that, on May 26, 2026, I electronically filed this motion with the Clerk of the

Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

<u>*/s/ Jay Kucia*</u>
Jay Kucia