IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:25cv288-TBM-RPM |
| BOLLINGER SHIPYARDS, LLC | ) ) ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Equal Employment Opportunity Commission and Defendant Bollinger Shipyards, LLC jointly request the extension of the case management deadlines in this litigation. Specifically, the parties request an extension of each deadline by 90 days.

1. On February 12, 2026, this Court entered a Case Management Order ("CMO") (Doc. 17) in this matter. The current discovery deadline is September 9, 2026.

2. The parties have engaged in discovery productively and in good faith. The parties have exchanged written discovery and document productions and have successfully conferred to resolve disputes related to those productions.

3. The parties are working diligently to complete all written and document discovery by the September 9, 2026, discovery deadline. However, the parties have been unable to identify mutually agreeable deposition dates before late September 2026 due to defense counsel's preexisting professional obligations.

4.      The parties therefore respectfully request that the Court extend all pending case

management deadlines by 90 days to permit the orderly completion of discovery. This would be

the first extension of the discovery deadline in this case.[1]

5.      Given the nature of this request, the parties request that this Court waive the

requirement of a separate supporting memorandum of law.

Respectfully submitted on June 22, 2026,

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Jackson Area Office Dr. A.H. McCoy Federal Building 100 W. Capitol St., Suite 338 Jackson, MS 39269 | */s/ Jay Kucia* Jay Kucia MS Bar No. 106123 Trial Attorney jay.kucia@eeoc.gov (205) 651-7081 |
| | Benjamin G. Cain D.C. Bar No. 1046636 Assistant Regional Attorney benjamin.g.cain@eeoc.gov (769) 487-6907 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Birmingham District Office Ridge Park Place, Suite 2000 1130 22nd Street South Birmingham, Alabama 35205 | Marsha L. Rucker PA Bar No. 90041 Regional Attorney marsha.rucker@eeoc.gov (205) 651-7045 |
| | Wm. Trent Thompson NY BAR No. 5232525 Trial Attorney william.thompson@eeoc.gov (205) 651-7065 |
| PHELPS DUNBAR LLP 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130 | */s/ David M. Korn* by permission David M. Korn david.korn@phelps.com (504) 584-9374 |

---

[1] On June 1, 2026, this Court granted Plaintiff's unopposed motion to extend both parties' expert designation deadlines by three weeks after the unexpected circumstances described in Plaintiff's motion (Doc. 22).

**CERTIFICATE OF SERVICE**

I certify that, on June 22, 2026, I electronically filed this motion with the Clerk of the

Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jay Kucia*
Jay Kucia