**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:25-CV-288-TBM-RPM**

**BOLLINGER SHIPYARDS, LLC** **DEFENDANT**

**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM**

**NOTICE** is hereby given that Defendant, Bollinger Shipyards, LLC, intends to have a Subpoena *Duces Tecum* issued and served upon the following entities:

Huntington Ingalls Shipbuilding
1000 Jerry Street. PE Highway
Pascagoula, Mississippi

Floore Industrial Contractors
4401 Wilson Springs Road
Moss Point, Mississippi

A copy of the Subpoenas *Duces Tecum* are attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before September 23, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ David Korn*

Mark Fijman MS Bar 99153
David M. Korn Admitted Pro Hac Vice
Caroline E. Perlis Admitted Pro Hac Vice
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: fijmanm@phelps.com

Email: kornd@phelps.com
Email: caroline.perlis@phelps.com

Adam Harris MS Bar 102955
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

**ATTORNEYS FOR DEFENDANT BOLLINGER SHIPYARDS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify I have this day electronically filed the above and foregoing *NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Dated: August 20, 2026.

*/s/ David Korn*
DAVID KORN

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EEOC
*Plaintiff*
v.
BOLLINGER SHIPYARDS, LLC
*Defendant*

Civil Action No. 1:25-CV-288 TBM-RPM

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: HUMAN RESOURCE DIRECTOR: FLOORE INDUSTRIAL CONTRACTORS, 4401 WILSON SPRINGS, ROAD, MOSS POINT, MS 39562

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHED EXHIBIT A

| Place: PHELPS DUNBAR, LLP, 365 CANAL STREET, SUITE 2000<br>NEW ORLEANS, LA 70130<br>VIA EMAIL TO: CAROLINE.PERLIS@PHELPS.COM | Date and Time:<br>SEPTEMBER 23, 2026 AT 3:00 PM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/20/26

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*

***/S/ DAVID KORN***

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* BOLLINGER SHIPYARD, who issues or requests this subpoena, are:

DAVID KORN AND CAROLINE PERLIS, PHELPS DUNBAR, LLP, 365 Canal St., Suite 2000, New Orleans, LA 70130; 504-566-1311
caroline.perlis@phelps.com and david.korn@phelps.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EEOC<br>*Plaintiff*<br>v.<br>BOLLINGER SHIPYARDS, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-CV-288 TBM-RPM |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: HUMAN RESOURCE DIRECTOR: HUNTINGTON INGALLS SHIPBUILDING, 1000 JERRY ST. PE HIGHWAY, PASCAGOULA, MS

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHED EXHIBIT A

| Place: | Date and Time: |
|---|---|
| PHELPS DUNBAR, LLP, 365 CANAL STREET, SUITE 2000<br>NEW ORLEANS, LA 70130<br>VIA EMAIL TO: CAROLINE.PERLIS@PHELPS.COM | SEPTEMBER 23, 2026 AT 3:00 PM |

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/20/26

*CLERK OF COURT*

OR

/S/ DAVID KORN

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* BOLLINGER SHIPYARD, who issues or requests this subpoena, are:

DAVID KORN AND CAROLINE PERLIS, PHELPS DUNBAR, LLP, 365 Canal St., Suite 2000, New Orleans, LA 70130; 504-566-1311

caroline.perlis@phelps.com and david.korn@phelps.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT A

Please produce:

**ANY AND ALL** information in your care, custody or control concerning the hiring, the employment and/or separation of **KEELY SENSENEY**, date of birth 8/24/86, Social Security No. XXX-XX-1716, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

Such records should include any and all documents relating to the hiring, employment and/or separation of **KEELY SENSENEY**, and are not limited to the following illustrative examples: personnel file, supervisory file, disciplinary file, work evaluations/performance records, records related to any workplace incidents, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **KEELY SENSENEY**.