IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Civil Action No. 1:25cv00288-TBM-RPM |
| BOLLINGER SHIPYARDS, LLC, | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S NOTICE OF SERVICE OF EXPERT DISCLOSURE**

Notice is hereby given pursuant to Local Uniform Civil Rule 26(a)(2) that Plaintiff Equal Employment Opportunity Commission disclosed to Defendant Bollinger Shipyards, LLC earlier today the information required by Federal Rule of Civil Procedure 26(a)(2) and Local Uniform Civil Rule 26(a)(2)(D).

Respectfully submitted, September 1, 2026,

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065

Fax: (205) 212-2041
Email: william.thompson@eeoc.gov