**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:25-CV-288-TBM-RPM**

**BOLLINGER SHIPYARDS, LLC** **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Bollinger Shipyards, LLC, which requests an extension of time to submit its expert designations.

1. On June 22, 2026, the Parties filed a Joint Motion to Extend Deadlines in this case (R. Doc. 23).
2. On June 29, 2026, the Court granted the Parties' Motion to Extend Deadlines, thereby setting Defendant's deadline to produce its expert designation as October 1, 2026.
3. Plaintiff has designated three expert witnesses (two medical experts under Local Rule 26(2)(D) and one expert witness specifically retained for this matter). Defendant is still in the process of determining who to retain and designate as expert witnesses and preparing reports accordingly.
4. Defendant respectfully requests a fourteen-day extension of time to submit its expert designation so that its expert witnesses may timely complete their reports prior to Defendant's disclosure deadline. This extension would require Defendant to submit its expert designation on or before October 15, 2026.
5. Undersigned counsel contacted Plaintiff's counsel, and Plaintiff does not oppose the requested extension of time.

6. The extension of time is not expected to impact the discovery deadline of December 1, 2026.

7. Given the nature of this request, Defendant requests that this Court waive the requirement of a separate supporting memorandum of law.

**WHEREFORE**, Defendant respectfully requests that the Court allow Defendant until and through October 15, 2026, to submit its expert designations and to produce its expert's reports.

Respectfully submitted on September 24, 2026.

**PHELPS DUNBAR LLP**

BY: *_/s/ Caroline Perlis_*
Mark Fijman MS Bar 99153
David M. Korn (*pro hac vice*)
Caroline E. Perlis (*pro hac vice*)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: fijmanm@phelps.com
Email: kornd@phelps.com
Email: caroline.perlis@phelps.com

Adam Harris MS Bar 102955
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

**ATTORNEYS FOR DEFENDANT BOLLINGER SHIPYARDS, LLC**

## CERTIFICATE OF SERVICE

I certify that, on September 24, 2026, I electronically filed this Motion for the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

*_____/s/ Caroline Perlis________________*