**Caroline Perlis**

| | |
|---|---|
| **From:** | Caroline Perlis |
| **Sent:** | Wednesday, February 4, 2026 10:14 AM |
| **To:** | 'WILLIAM THOMPSON'; David Korn |
| **Cc:** | BENJAMIN CAIN; JAY KUCIA; Mark Fijman; Courtney Rousselle |
| **Subject:** | RE: [External] EEOC v. Bollinger Shipyards, LLC |
| **Attachments:** | Senseney Blank Unsigned HIPAA Authorizations.pdf |

Hi Trent,
Thank you for forwarding the EEOC's proposed protective order. We will review and let you know our thoughts.

Please see attached here the HIPAA Authorizations that we usually use.
Best,
Caroline

**Caroline Perlis**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Sent:** Wednesday, February 4, 2026 8:46 AM
**To:** Caroline Perlis <Caroline.Perlis@phelps.com>; David Korn <David.Korn@phelps.com>
**Cc:** BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; Mark Fijman <Mark.Fijman@phelps.com>; Courtney Rousselle <Courtney.Rousselle@phelps.com>
**Subject:** RE: [External] EEOC v. Bollinger Shipyards, LLC

Caroline,



EXHIBIT
2

We're continuing to review your CMO proposal. In the interim, attached is our proposal for a stipulated protective order to cover Ms. Senseney's medical information. Please let us know if this is acceptable or if you would like to discuss.

The Commission would be open to producing Ms. Senseney's medical information pending the court's entry of a protective order, provided the parties agree to be bound by the stipulation in the interim.

Please let us know your thoughts.

Thanks,
Trent

---

**From:** WILLIAM THOMPSON
**Sent:** Tuesday, February 3, 2026 5:15 PM
**To:** Caroline Perlis <Caroline.Perlis@phelps.com>; David Korn <David.Korn@phelps.com>
**Cc:** BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; Mark Fijman <Mark.Fijman@phelps.com>; Courtney Rousselle <Courtney.Rousselle@phelps.com>
**Subject:** RE: [External] EEOC v. Bollinger Shipyards, LLC

Hi Caroline,

Thanks for talking yesterday and sending this revised CMO proposal. We'll review and let you know our thoughts.

Could you please share with us the HIPAA-compliant medical authorization that you have in mind?

Thanks,
Trent

---

**From:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Sent:** Tuesday, February 3, 2026 4:40 PM
**To:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>; David Korn <David.Korn@phelps.com>
**Cc:** MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; Mark Fijman <Mark.Fijman@phelps.com>; Courtney Rousselle <Courtney.Rousselle@phelps.com>
**Subject:** RE: [External] EEOC v. Bollinger Shipyards, LLC

Hi Trent,
Please see attached here a revised draft of the proposed Case Management Order for EEOC v. Bollinger Shipyards. Please let us know if this draft is acceptable to the EEOC or if you would like to schedule a call to discuss. David and I are available for a call tomorrow afternoon if necessary.
Best,
Caroline

**Caroline Perlis**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130

# HIPAA AUTHORIZATION

**FOR USE AND DISCLOSURE OF INFORMATION**
**(Excluding psychotherapy notes)**

**TO:** ________________________________________
**(Provider's Name)**

**Name of Patient:** **KEELY SENSENEY**

**Social Security Number:** ____________________

**Date of Birth:** ____________________

---

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of EEOC v. Bollinger Shipyards, LLC, USDC-SDMS, Civil Action No. 1:25-cv-00288.

2. The recipient of this information is Caroline Perlis or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3. The information that will be used or disclosed are **certified copies** of all my medical records from date of birth through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure request, the undersigned does not authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice to Caroline Perlis, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: ____________________

______________________________________
Signature of Individual or Individual's Representative

______________________________________
Printed Name of Individual's Representative (If applicable)

______________________________________
Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

**HIPAA AUTHORIZATION**
**FOR USE AND DISCLOSURE OF**
**PSYCHOTHERAPY NOTES**

**TO:** ________________________________________
**(Provider's Name)**

**Name of Patient:** **KEELY SENSENEY**

**Social Security Number:** ____________________

**Date of Birth:** ______________________

---

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of EEOC v. Bollinger Shipyards, LLC, USDC-SDMS, Civil Action No. 1:25-cv-00288.

2. The recipient of this information is Caroline Perlis or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3. The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501. Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice to Caroline Perlis, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: ____________________

______________________________________
Signature of Individual or Individual's Representative

______________________________________
Printed Name of Individual's Representative (If applicable)

______________________________________
Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**