**Caroline Perlis**

| | |
|---|---|
| **From:** | Caroline Perlis |
| **Sent:** | Wednesday, July 1, 2026 7:12 PM |
| **To:** | 'WILLIAM THOMPSON' |
| **Cc:** | BENJAMIN CAIN; JAY KUCIA; David Korn |
| **Subject:** | RE: [External] EEOC v. Bollinger Shipyards, LLC |

Hi Trent,
Thanks for getting back to us regarding our proposed authorizations. We are fine with the first change that you proposed and will revise the authorizations accordingly.

We do not agree to limit the authorizations for Ms. Senseney's medical records to a time period of January 1, 2023 to the present. Ms. Senseney has put her alleged disability squarely at issue in her lawsuit. Defendants are therefore entitled to broad discovery regarding her alleged disability, including her medical records. Moreover, Ms. Senseney's medical records are confidential under the parties' joint protective order. Defendant proposes a relevant time period of January 25, 2014 to the present, which encompasses 10 years prior to Senseney's application for employment with Bollinger.

Relatedly, in response to Defendant's Interrogatory No. 8, Plaintiff objected to identifying Ms. Senseney's healthcare providers (other than Dr. James Martin), stating that the Interrogatory is overly broad, unduly burdensome, and disproportionate to the needs of the case. However, Defendant is entitled to broad discovery regarding Ms. Senseney's health records due to the nature of the claims brought in her lawsuit. To the extent that Ms. Senseney has been treated by any healthcare provider (as defined in Defendant's Interrogatory No. 8) other than Dr. James B. Martin from January 25, 2014 to the present , Defendant requests that the EEOC supplement its response to Defendant's Interrogatory No. 8.

Please let us know if you would like to schedule a discovery conference to discuss these issues.
Best,
Caroline

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law



EXHIBIT
5

firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Sent:** Thursday, June 18, 2026 3:29 PM
**To:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Cc:** BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; David Korn <David.Korn@phelps.com>
**Subject:** RE: [External] EEOC v. Bollinger Shipyards, LLC

Caroline,

Thank you for sharing the proposed HIPAA authorizations and for your patience as we reviewed them. I apologize for the delay. I believe that we can finalize these soon, because the EEOC would be prepared to recommend to Ms. Senseney that she sign these authorizations if you are open to making two changes to each:

1. In numbered paragraph 2 of each authorization, change “my attorney of record” to “the Equal Employment Opportunity Commission’s attorneys of record.”
2. In numbered paragraph 3 of the first authorization, temporal scope is “from date of birth through the present.” The second authorization has no apparent temporal scope. We would ask that both authorizations be limited to records created since January 1, 2023, which is more than a year before Ms. Senseney applied to work at Bollinger.

Please let us know your thoughts.

Thank you,

Trent

---

**From:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Sent:** Wednesday, February 4, 2026 10:14 AM
**To:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>; David Korn <David.Korn@phelps.com>
**Cc:** BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; Mark Fijman <Mark.Fijman@phelps.com>; Courtney Rousselle <Courtney.Rousselle@phelps.com>
**Subject:** RE: [External] EEOC v. Bollinger Shipyards, LLC

Hi Trent,

Thank you for forwarding the EEOC’s proposed protective order. We will review and let you know our thoughts.

Please see attached here the HIPAA Authorizations that we usually use.

Best,

Caroline

**Caroline Perlis**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.