IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>BOLLINGER SHIPYARDS, LLC,<br><br>DEFENDANT. | ) | Civil Action No. 1:25cv00288-TBM-RPM |

# PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH OR MODIFY SUBPOENAS DIRECTED TO NON-PARTY FORMER EMPLOYERS

Pursuant to Rule 26(c) and Rule 45(d)(3) of the Federal Rules of Civil Procedure, Plaintiff U.S. Equal Employment Opportunity Commission respectfully requests that this Court quash or modify the non-party subpoenas intended to be served by Defendant Bollinger Shipyards, LLC, on an aggrieved individual's former employers and enter a Protective Order that prevents Bollinger from issuing further subpoenas to former employers in the absence of approval from this Court or consent by the parties. As set forth more fully in the accompanying memorandum, Bollinger's proposed non-party subpoenas are facially overbroad, seek information not relevant to this action, and are unduly burdensome, contrary to public policy, and not proportional to the needs of the case.

Respectfully submitted, October 2, 2026,

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff
Equal Employment Opportunity Commission
Birmingham District Office

1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov

**Good Faith Certificate**

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file Plaintiff's Motion for a Protective Order and to Quash or Modify Subpoenas Directed to Non-Party Former Employers.

Counsel further certify that the motion is opposed by Defendant.

The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U. Civ. P. 7(b)(4).

This the 2nd day of October, 2026.

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff

/s/ Caroline Perlis (with permission)
Caroline Perlis
LA Bar No. 40905
Attorney for Defendant