IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:25cv00288-TBM-RPM |
| | ) | |
| BOLLINGER SHIPYARDS, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**<u>PLAINTIFF'S MOTION TO COMPEL RESPONSE TO INTERROGATORY</u>**

Pursuant to Rules 26, 33, and 37 of the Federal Rules of Civil Procedure, Plaintiff U.S. Equal Employment Opportunity Commission respectfully requests that this Court compel Defendant Bollinger Shipyards, LLC to serve a complete response to the interrogatory set forth below. As set forth below and more fully in the accompanying memorandum, a response to the interrogatory should be compelled as responsive and proportional to the needs of the case. The Commission offers the following exhibits in support of this motion:

Exhibit A – Defendant's Responses to Plaintiff's First Set of Interrogatories

Exhibit B – Medication Disclosure Policy, Bollinger-000052-53.

## I. <u>Local Uniform Civil Rule 37(b) Language</u>

*Plaintiff's Interrogatory No. 3*:

> Identify each employee whom Defendant has placed on leave because of the employee's use of a prescription medication as prescribed between May 1, 2021, and the present. For each such individual, state the individual's name and dates of employment. If any such individual is no longer employed by Defendant, further state the individual's last known phone number and last known mailing address.

(Ex. A, Defendant's Responses to Plaintiff's First Set of Interrogatories, at 3-4.)

*Bollinger's Response to Interrogatory No. 3*:

> Defendant objects to Interrogatory No. 3 because it is unduly burdensome. For example, the Interrogatory asks Defendant to search through five years of records for all of its employees in order to identify employees who were allegedly placed on medical leave due to their use of prescription medications. Defendant also objects to this Interrogatory because it is overbroad. For example, the Interrogatory seeks information about individuals who were "placed on leave because of the employee's use of prescription medication" and therefore is not narrowly tailored to seek information about individuals who were prescribed the same or similar medications as that which the Charging Party was prescribed. The Interrogatory is also not narrowly tailored because it seeks information from 2021 to the present, even though Ms. Senseney was not hired by Defendant until 2024, and therefore the information sought is outside of the scope of discovery. Defendant also objects to Interrogatory No. 3 because it seeks confidential medical information regarding employees of Defendant who are not parties to this action and who have not consented to the disclosure of their private medical information.

((Ex. A, Defendant's Responses to Plaintiff's First Set of Interrogatories, at 4.)

*Plaintiff's reasons assigned as supporting the motion*:

The interrogatory is relevant to this employment discrimination matter, in which the Commission asserts Bollinger discriminated against Ms. Senseney because of her disability, since how Bollinger responded to other employees' medication disclosures is relevant to the Commission's claims and Bollinger's defenses. Bollinger has not established that a response would be unduly burdensome, and a response is proportionate to the needs of the case.

Respectfully submitted, October 2, 2026,

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov

**Good Faith Certificate**

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file Plaintiff's to Compel Response to Interrogatory.

Counsel further certify that the motion is opposed by Defendant.

The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U. Civ. P. 7(b)(4).

This the 2nd day of October, 2026.

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Attorney for Plaintiff

/s/ Caroline Perlis (with permission)
Caroline Perlis
LA Bar No. 40905
Attorney for Defendant