# Exhibit B

| Procedure Title: MEDICATION DISCLOSURE POLICY | | Procedure Number: **HR-001** |
|---|---|---|
| **Approved By:** J Ray Barker | **Date:** 01/01/2018 | **Revision:** ( 5 ) |
| **Approved By:** Craig Roussel | **Date:** 01/01/2018 | **Supersedes Revision:** ( 4 ) Dated 11/03/2015 |

## 1.0 PURPOSE

1.1 The purpose of this procedure is to provide a safe working environment for all employees working within safety sensitive positions by having them notify their facility's safety/medical representative when they are taking or prescribed medications (safety sensitive) that could impair their ability to safely perform their job duties and/or operate machinery.

## 2.0 SCOPE

2.1 This procedure applies to all employees of Bollinger Shipyards LLC including Workplace Solutions.

## 3.0 DEFINITIONS

3.1 Employee: Any Company or WSL individual employed and paid by the Company.

3.2 Safety Sensitive Position: Position that has exposure to the production environment and/or a position where an employee operates equipment/machinery for greater than 50% of the time within their primary job duties, and/or a position that requires an employee to drive company owned vehicles regardless of the frequency.

3.3 Safety Sensitive Medication: Any medication that can have the effect of impairing one's ability to perform safety sensitive job duties. These medications are most commonly identified by their side effects such as drowsiness, dizziness, slow reflexes, blurred vision, inability to operate vehicles/machinery, in addition to statements mentioning that individual should monitor how the medication effects them, etc.

## 4.0 REFERENCE

4.1 None

## 5.0 PROCEDURE

**RESPONSIBILITIES**
**Employees and Safety/Medical Representative**

5.1 Employees have the responsibility to notify their facility's safety/medical representative if they are taking or are prescribed any safety sensitive medication (refer to 3.3) that could impair their ability to safely perform their job duties and/or operate machinery. If employees are unsure if their medication is safety sensitive, they should still report it to their facility's safety/medical representative.

**Human Resources and Safety *(Operations Support)***

5.2 All positions will be reviewed annually to ensure changes in position responsibilities/duties are accounted for and identified as safety sensitive in regards to this policy.

**Employees**

5.3 Failure to abide by this policy can result in immediate corrective actions up to and including termination.

5.4 Employees taking any medication, including over the counter, should keep proper control/containment of their medication.

**Facility Manager**

5.5 Responsible for ensuring communication of the policy to all existing employees.

| Procedure Title: MEDICATION DISCLOSURE POLICY | | Procedure Number: **HR-001** |
|---|---|---|
| **Approved By:** J Ray Barker | **Date:** 01/01/2018 | **Revision:** ( 5 ) |
| **Approved By:** Craig Roussel | **Date:** 01/01/2018 | **Supersedes Revision:** ( 4 ) Dated 11/03/2015 |

**Safety Department**

5.6 Responsible for communicating the policy to all new hires and rehires.

**Safety/Medical Representative**

5.7 All medication submitted by employees will be kept and maintained in a separate medical file with access limited to the facility's safety/medical department, human resources, and the facility manager.

**Safety/Medical Representative and Human Resources *(Operations Support)***

5.8 If an employee discloses medication(s) that may be safety sensitive, review the employee's job responsibilities with Human Resources in order to communicate with our Company doctor for a determination.

5.9 If the Company doctor determines the medication to be safety sensitive, Human Resources will contact the Safety/Medical Representative regarding the appropriate steps to be taken.

5.10 The Safety/Medical Representative will notify the facility manager of any instances when an employee is on a safety sensitive medication that prevents the employee from performing his/her duties.

5.11 All safety sensitive medication results communicated with employees must be documented on the appropriate form.

## 6.0 DOCUMENTATION

6.1 All disclosed medication should be documented on *SAF FRM 052 Medication Disclosure Form* along with the outcome that was communicated to the employee.

## 7.0 ATTACHMENTS

7.1 Medication Disclosure Form SAF FORM 052