**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** — **PLAINTIFF**

**VS.** — **CIVIL ACTION NO.: 1:25-CV-288-TBM-RPM**

**BOLLINGER SHIPYARDS, LLC** — **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Bollinger Shipyards, LLC, which respectfully requests an additional extension of time of fourteen (14) days to submit its expert witness designations and reports to Plaintiff.

1. On September 24, 2026, Defendant filed an Unopposed Motion to Extend its deadline to submit its expert witness designations and expert reports to Plaintiff. R. Doc. 26.[1]
2. The Court granted this Motion on September 25, 2026, setting Defendant's deadline to submit its expert designation and reports to Plaintiff on October 15, 2026.
3. On September 30, 2026, Plaintiff filed Civil Action No. 1:26-cv-00284-HSO-BWR against Defendant ("the Tolbert matter").
4. When it filed the Tolbert matter, the EEOC indicated that the Tolbert matter is related to the instant matter.
5. The Parties plan to file a Joint Motion to Consolidate the Tolbert matter with the instant matter for purposes of discovery.[2]

---

[1] The Parties had previously filed a Joint Motion to Extend all Deadlines on June 22, 2026, which was granted by the Court on June 29, 2026. *See* R. Doc. 23.

[2] Defendant objects to consolidating the matters for any purposes other than discovery at this time.

6. Defendant respectfully requests an additional extension of time of fourteen (14) days to submit its expert designations and reports to Plaintiff. This brief extension will allow the Parties to file their Joint Motion to Consolidate the two matters for discovery purposes prior to the expiration of Defendant's Expert Witness Disclosure Deadline.
7. If the matters are not consolidated, the requested extension of time is not expected to impact the current discovery deadline in this matter of December 1, 2026.
8. Undersigned counsel has discussed this requested extension with counsel for the EEOC and Plaintiff does not oppose the requested extension of time.
9. Given the nature of this request, Defendant requests that this Court waive the requirement of a separate supporting memorandum of law.

**WHEREFORE**, Defendant respectfully requests that the Court grant its Motion and allow Defendant until and through October 29, 2026, to submit its expert designations and expert reports to Plaintiff.

THIS the 9th day of October, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *_/s/David M. Korn_*

Mark Fijman (MS Bar 99153)
David M. Korn (pro hac vice)
Caroline E. Perlis (pro hac vice)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: fijmanm@phelps.com
Email: kornd@phelps.com
Email: caroline.perlis@phelps.com

Adam Harris (MS Bar 102955)
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130

Facsimile: 228 679 1131
Email: adam.harris@phelps.com

**ATTORNEYS FOR DEFENDANT
BOLLINGER SHIPYARDS, LLC**

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the instant Motion using the CM/ECF system on October 9, 2026, which sent notification of such filing to all counsel of record.

____*/s/David M. Korn*__________________