IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| PLAINTIFF, | ) | Civil Action No. |
| v. | ) | 1:25cv00288-TBM-RPM |
| BOLLINGER SHIPYARDS, LLC, | ) | |
| DEFENDANT. | ) | |

Plaintiff U.S. Equal Employment Opportunity Commission hereby notifies the Court and all counsel that Gina E. Pearson is entering her appearance as additional counsel for Plaintiff.

Date: October 15, 2026

Respectfully submitted,

*/s/ Gina Elaine Pearson*
Gina Elaine Pearson
Ala Bar No 3971-H61G
gina.pearson@eeoc.gov
Tel.: (205) 651-7049

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I filed the foregoing with the Clerk of Court using CM/ECF system which will electronically send notification of the filing to all attorneys of records.

*/s/Gina Elaine Pearson*
Gina Elaine Pearson