**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**VERSUS**

**BOLLINGER SHIPYARDS, LLC**

**CIVIL ACTION NO. 1:25-CV-00288**

**JUDGE TAYLOR B. MCNEEL**

**MAGISTRATE JUDGE ROBERT P. MEYERS, JR.**

**DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

**NOW**, through undersigned counsel, comes Defendant, Bollinger Shipyards, LLC ("Bollinger" or "Defendant"), who, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, propound the following discovery to Plaintiff herein. The Interrogatories and Requests for Production must be answered separately, fully, in writing. The Interrogatories must be answered under oath. The documents must be produced to David Korn and Caroline Perlis (david.korn@phelps.com and caroline.perlis@phelps.com) at the offices of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130. As required by the Federal Rules of Civil Procedure, discovery must be answered and produced within thirty (30) days after service.

## INSTRUCTIONS

(A) Restate each Interrogatory and Request for Production in full immediately before your response.

(B) In answer to these discovery requests, Plaintiff shall furnish all information available to it at the time of its answers and shall supplement their answers in accordance with Rules 33 and 34 of the Federal Rules of Civil Procedure. Plaintiff shall answer each Interrogatory and Request for Production. Combined or general answers shall be considered non-responsive

**EXHIBIT 2**

unless accompanied by an express statement that the answer is full, complete, and specific as to each Interrogatory and Request for Production to which the combined or general answer is meant to be responsive.

(C) Answer each discovery request fully, providing all information actually or constructively available to Plaintiff or any other person or entity whom Plaintiff knows to possess or have access to the requested information.

(D) If you fail to answer any discovery request in accordance with these instructions, specifically state the reason therefore.

(E) If you interpose any objection to any discovery request, fully state the grounds for the objection and the legal authority upon which you would rely in response to a motion to compel.

**DEFINITIONS**

(A) The terms "you," "your," and "Charging Party," refers to KEELY SENSENEY.

(B) The term "person" means any individual, partnership, firm, corporation, association, joint venture, or any other business, legal entity or institution.

(C) The term "document" means the original, and all non-identical copies (whether different from the original because of additional notations or otherwise), of all written, printed, typed, recorded, or graphic matter, however produced or reproduced, in the actual or constructive possession, custody, or control of the plaintiff including, without limitation, all writings, drawings, graphs, charts, photographs, photographic records, sound reproduction tapes, data compilations (whether tangible or intangible from which information can be obtained or can be translated through detection devices into reasonably usable tangible for), correspondence, memoranda, data, notes, diaries, papers, letters, communications, telegrams, messages of any kind, minutes of meetings, stenographic or hand-typed and written notes, studies, estimates, reports, instructions,

requests, pamphlets, brochures, applications, returns, pictures, books, journals, ledgers, corporate records, accounts, contracts, leaflets, administrative or governmental reports or returns, exhibits, maps, surveys, sketches, microfilm, Xerox or any other tangible things which constitute or contain matters within the scope of Fed. R. Civ. P. 26.

(D) The terms "identify" and "describe" mean:

(1) when used in reference to an individual: the individual's full name, present or last known business and residence address, and last known business affiliation and position;

(2) when used in reference to a corporation: its full name, its state of incorporation, its date of incorporation and its principal place of business;

(3) when used in reference to an organization other than a corporation: its official name, its organizational form, and its address;

(4) when used in reference to a document: the type of document, its date, author, addressee, title; its present location; the name and address of its custodian; and the substance of the contents thereof (in lieu of identifying any documents, copies may be furnished);

(5) when used in reference to any communication, act, occurrence, occasion, meeting, transaction, or conduct: the event or events constituting such acts; its (their) location; the date and time; particular persons participating or present; and all related documents;

(6) when used in reference to any discussion, conversation, communication, or statement: in addition to the definition in Paragraph D(5) above, the substance of the discussion;

(7) when used in reference to the calculation of damages: the manner in which such figure was calculated, an itemization and detailed description of each fact and incident of damage, all data and documentation supporting the figure, the person so calculating those damages, and the relationship of that person or those persons to the plaintiff.

(E) "Pertaining to" shall mean commenting upon, including, concerning, containing, regarding, discussing, reflecting, relating to, relevant to, used in connection with, embodying or evidencing, and should be construed in the broadest sense possible.

(F) The term "communication" shall mean any oral or written representation, promise, conversation, statement, message or transmission of information and should be construed in the broadest sense possible.

(G) The use of the masculine gender herein includes the feminine and vice versa; the singular includes the plural and vice versa.

(H) The term "Complaint" shall mean Plaintiff's Complaint (R. Doc. 1) filed in the above-entitled and numbered action on September 25, 2025.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please provide the name of any and all employer(s) the Charging Party has had from April 12, 2024, to the present. For each such employer, please provide its address, telephone number, the Charging Party's job title, a description of the Charging Party's job/employment responsibilities, the Charging Party's rate of pay and work schedule, and dates of the Charging Party's employment.

**INTERROGATORY NO. 2:**

Please describe with particularity each effort or action the Charging Party has taken to find alternative employment from April 12, 2024 to the present, including the name and address of every prospective employer from whom the Charging Party sought employment; the date(s) on which the Charging Party applied to each prospective employer; the method by which the Charging Party applied to each prospective employer; whether the Charging Party was offered employment from each prospective employer; and the terms of any employment offered to the Charging Party.

**INTERROGATORY NO. 3:**

Please identify all persons that you believe may have knowledge of facts or information concerning the allegations set forth in the Complaint. Give their names, addresses, telephone numbers, and state in detail such facts or information you believe to be known and/or held by such persons. If you will or may call as a witness any person listed in response to this Interrogatory, please provide a statement of the testimony that each witness is expected to present during the trial of this matter.

**INTERROGATORY NO. 4:**

Please state the name and address and give the qualifications of each and every person that you expect to call as an expert witness at the trial of this case and/or other proceedings concerning this matter. For each expert please state their field of expertise, the subject matter on which they are expected to testify, the substance of the facts and opinions to which they are expected to testify, the identity of the documents upon which said expert relied in forming their opinion, and all facts which form the opinions or evidence which you expect to elicit from the expert.

**INTERROGATORY NO. 5:**

Identify all persons who have made a written report, statement, declaration, affidavit, or video or audio recording concerning the claims and allegations described in the Complaint. This incudes recordings made by Keely Senseney or on her behalf, with or without the knowledge of those persons who were recorded. Include in your identification the name of the custodian of such document and/or recording.

**INTERROGATORY NO. 6:**

Describe with particularity any and all text messages, e-mails, photographs, videotapes, audiotapes, social media messages, documents, communications, recordings, or any other documents in any form which you contend may be relevant to or concern the claims and allegations in your Complaint, including all text messages, photographs, tapes, communications or recordings of any agent, employee, or former agent/employee of Bollinger, in the possession of the EEOC or the Charging Party, or of which the EEOC or the Charging Party have knowledge.

**INTERROGATORY NO. 7:**

Describe with particularity and itemize any and all damages to which you contend the Charging Party and the EEOC are entitled by virtue of the allegations and claims raised in your Complaint, including documentation of how you arrived at your damages claims, the specific calculations demonstrating why the Charging Party/the EEOC are entitled to the amount described, identification of all documents you contend support the claim for damages, and identification of all witnesses believed to have information or knowledge concerning your claim for damages.

**INTERROGATORY NO. 8:**

Identify the name and address of each and every hospital, clinic, rehabilitation facility, institution, medical doctor, osteopathic doctor, health care provider, psychologist, psychiatrist,

counselor or clergy member (collectively, "healthcare providers") by whom the Charging Party was treated, examined, or counseled from April 1, 2016 to the present. Please provide the full name, address and telephone number of each healthcare provider that you identify and the reason(s) for treatment by that healthcare provider.

**INTERROGATORY NO. 9:**

Identify all lawsuits, Charges, or claims to which the Charging Party has been a party, other than this one, including the case number, the court or governmental/administrative agency wherein the lawsuit or Charge was filed, the nature of the lawsuit or Charge, and the outcome of the lawsuit or Charge.

**INTERROGATORY NO. 10:**

Identify any and all sources of income the Charging Party has received from January 1, 2024 through present, including but not limited to wages, benefits, disability payments, retirement payments, social security benefits, and/or any other governmental benefits or compensation.

**INTERROGATORY NO. 11:**

Please identify each prescription and non-prescription drug the Charging Party has taken or was prescribed/advised to take for any physical, mental, emotional, or other condition at any time since April 1, 2016 to the present, whether prescribed for the Charging Party or for any other person, and for each such drug, state:

a. Name of drug
b. Dosage of drug
c. Condition or problem for which drug was prescribed or taken
d. Dates or period of time the drug was taken
e. Name, address and telephone number of prescribing doctor, if applicable; and

f. Name, address and telephone number of drug store or pharmacy where the prescription was filled or the drug was purchased.

**INTERROGATORY NO. 12:**

Please state that you are disabled and identify with particularity your physical or mental health condition that substantially limits major life activities. Please also identify which major life activities are substantially limited by this impairment, as alleged in Paragraph 37 of the Complaint.

**INTERROGATORY NO. 13:**

Please identify and describe the medication that was used to treat the Charging Party's opioid dependency as stated in Paragraph 17 of the Complaint, including the dosage of that medication that the Charging Party has allegedly been prescribed, from April 1, 2016 through the present.

**INTERROGATORY NO. 14:**

Please state the basis for your contention that "Defendant placed Charging Party on involuntary indefinite unpaid leave on the basis of her disability" as stated in Paragraph 26 of the Complaint.

**INTERROGATORY NO. 15:**

Please state the basis for your contention that Bollinger's employment practices with respect to the Charging Party were intentional and/or done with malice or with reckless indifference as alleged in Paragraphs 40-41, 47-48, 54-55, and 62-63 of the Complaint.

**INTERROGATORY NO. 16:**

Please state the basis for your contention that the Charging Party has a record of impairment that substantially limits major life activity, as alleged in Paragraph 44 of the Complaint.

**INTERROGATORY NO. 17:**

Please state the basis for your contention that Bollinger regarded the Charging Party as having a disability, as alleged in Paragraph 51 of the Complaint.

**INTERROGATORY NO. 18:**

Please identify and describe all instances that the Charging Party attempted to terminate her employment with Defendant, including the reasoning/basis for any attempted termination.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Please produce any and all documents, video, audio recordings, electronically stored data and information, e-mails, text messages, attachments to electronic messages or mail, or any other data obtained by the Charging Party relating to the allegations in the Complaint.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce any and all documents constituting, evidencing, or referencing any communications by and between the Charging Party and any current or former employee or representative of Bollinger that relate in any way to Plaintiff's claims against Bollinger in this lawsuit.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce any and all documents, including diaries, calendars, journals, notes or records of any kind or nature, maintained by Charging Party relating to any alleged wrongful acts committed by Bollinger during her employment.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce any and all copies of medical and healthcare records, reports, and other medical documentation of whatsoever kind or nature, relating to medical or psychological

treatment of services received by Charging Party from April 1, 2016 to the present. In lieu of copies of these records, please execute and return one of the medical records release authorization forms for each medical healthcare provider or counselor who provided service to Plaintiff during that time period, as listed in response to Interrogatory No. 8 and requested in Request for Production No. 13.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce any and all copies of the Charging Party's W-2 forms, K-1s and/or 1099 forms (including all supplemental schedules and supporting documents/schedules) for tax years 2016 to the present. In lieu of copies of these records, please execute and return the tax records release authorization form enclosed herein and requested in Request for Production No. 13.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all documents that were reviewed by Plaintiff or the Charging Party, regardless of whether ultimately relied upon, for purposes of drafting the allegations in the Complaint.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all non-privileged documents, including handwritten notes, that relate to or support any allegation or claim set forth in the Complaint that Plaintiff could use in response to any defense asserted by Defendant.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce copies of all pleadings or relevant papers that refer or relate to all prior lawsuits, grievances, administrative actions, workers' compensation claims, unemployment compensation claims, bankruptcy claims, or other claims filed by Charging Party (in Charging Party's name, or on Charging Party's behalf) under federal, state, or local law.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce all documents that Plaintiff intends to rely upon or offer into evidence at the trial of this lawsuit or at any evidentiary hearing in this action (regardless of whether such hearing is the final trial on the merits).

**REQUEST FOR PRODUCTION NO. 10:**

For any expert witness upon whom Plaintiff intends to rely upon at trial, please provide copies of any written reports prepared by the witness; copies of any data or other documentation that Plaintiff provided to the witness and/or upon which the expert witness relied in forming his or her opinion(s); any exhibits which Plaintiff intends to use as a summary of or support for said opinion(s); a list of publications authored by the witness during the past ten (10) years; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the past four (4) years.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce any audio or video recordings that Charging Party made during her employment with Bollinger.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all of Charging Party's social media posts and/or photographs and/or videos posted on social media, including, but not limited to, posts and/or photographs and/or videos posted on Twitter, Facebook, Instagram, Snapchat, and Periscope, from 2024 through the present which refer or relate to the allegations of discrimination in Plaintiff's Complaint including damages suffered, if any. If the Charging Party has deleted any such posts and/or photographs please provide a list of the posts and/or photographs and/or videos which were deleted, identifying

the social media platform on which they were posted, the date of posting, the date of deletion, the content of the post/photograph/video, and the reason for deletion.

**REQUEST FOR PRODUCTION NO. 13:**

Produce an executed copy of each of the attached forms, including:

a. Request for Social Security Earnings Information (SSA-7050) and Social Security Administrative Consent for Release of Information (SSA-3288);

b. Request for Copy of Tax Return (Form 4506);

c. HIPAA Authorization for Use and Disclosure of Information (Excluding Psychotherapy Notes) and HIPAA Authorization for Use and Disclosure of Psychotherapy Notes

d. Authorization for Release of Criminal and Arrest Records; and

e. Cell Phone Records Release Authorization for every cellular phone number and service provider Plaintiff has maintained from 2019 through the present

f. Personnel Records Release Authorization

g. Unemployment Records Release Authorization

h. Administrative Records Release Authorization

**REQUEST FOR PRODUCTION NO. 14:**

Please produce any and all documents that Plaintiff and the Charging Party believe may support Plaintiff's allegation that any current or former employee or representative of Bollinger discriminated against the Charging Party on the basis of her alleged disability, record of disability, or regarded the Charging Party as disabled.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce any and all documents in EEOC's possession or in the Charging Party's possession related to the EEOC Charge referenced in Paragraphs 7-10 of the Complaint, including all non-privileged e-mails or letters between the Charging Party and any non-attorney EEOC Investigator.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce any and all documents relating to the Charging Party's efforts to secure or obtain employment other than Bollinger since April 12, 2024 to the present, including but not limited to correspondence, applications, resumes, offer letters, rejection letters, diaries, calendars, or appointment books reflecting the Charging Party's efforts to secure or obtain such employment.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce any and all documents showing all monies, compensation and benefits earned or received by the Charging Party from any and every source other than Bollinger from April 12, 2024 to the present.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce any and all documents showing that Plaintiff has "an impairment, opioid dependency, that substantially limits major life activities" as alleged in Paragraph 13 of the Complaint.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce any and all documents supporting the contention that Plaintiff "has a record of an impairment, opioid dependency, that substantially limits major life activities," as stated in Paragraph 14 of the Complaint.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce any and all documents supporting the contention that "Defendant regarded Charging Party as having a disability by placing her on involuntary indefinite unpaid leave because of an actual or perceived impairment" as stated in Paragraph 15 of the Complaint.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce any and all documents related to the Charging Party's disclosure to Bollinger that she was prescribed suboxone, as stated in Paragraphs 22-23 of the Complaint.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce any and all documents supporting the contention that OHC determined that the Charging Party was fit for work as a shipfitter as alleged in Paragraph 28 of the Complaint.

**REQUEST FOR PRODUCTION NO. 23:**

Please produce any and all documents supporting the allegation that Defendant has an unlawful qualification standard because it "prohibits employees from working in positions it categorizes as safety-sensitive while taking the medication used by Charging Party" as stated in Paragraphs 57-58 of the Complaint.

**REQUEST FOR PRODUCTION NO. 24:**

To the extent not produced in response to the previous Requests for Production of Documents requests, please produce any and all electronic mail (e-mail) messages, instant and text messages, voicemail messages, cellular phone text messages, tape recordings, word processing documents and/or electronic spreadsheets, including such information stored on Plaintiff's personal computer or other electronic and/or cellular devices, which pertain, in any way, to Plaintiff's allegations against Defendant, as set forth in Plaintiff's Complaint.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ David M. Korn*
Mark Fijman
Adam Harris
David Korn (admitted pro hac vice)
Caroline Perlis (admitted pro hac vice)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mark.fijman@phelps.com
david.korn@phelps.com
caroline.perlis@phelps.com

**ATTORNEYS FOR BOLLINGER SHIPYARD, L.L.C.**

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April, 2026, a true and correct copy of the foregoing was served upon counsel listed below via email and/or U.S. mail.

*/s/ David M. Korn*

# HIPAA AUTHORIZATION

**FOR USE AND DISCLOSURE OF INFORMATION**
**(Excluding psychotherapy notes)**

**TO:** ______________________________________________
**(Provider's Name)**

**Name of Patient:** **KEELY SENSENEY**

**Social Security Number:** ____________________

**Date of Birth:** ____________________

---

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of EEOC v. Bollinger Shipyards, LLC, USDC-SDMS, Civil Action No. 1:25-cv-00288.

2. The recipient of this information is Caroline Perlis or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3. The information that will be used or disclosed are **certified copies** of all my medical records from 4/1/2016 through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure request, the undersigned does not authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice to Caroline Perlis, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: ____________________

______________________________________________
Signature of Individual or Individual's Representative

______________________________________________
Printed Name of Individual's Representative (If applicable)

______________________________________________
Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

**HIPAA AUTHORIZATION**
**FOR USE AND DISCLOSURE OF**
**PSYCHOTHERAPY NOTES**

**TO:** ______________________________________
**(Provider's Name)**

**Name of Patient:** **KEELY SENSENEY**

**Social Security Number:** ____________________

**Date of Birth:** ______________________

---

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of EEOC v. Bollinger Shipyards, LLC, USDC-SDMS, Civil Action No. 1:25-cv-00288.

2. The recipient of this information is Caroline Perlis or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3. The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501from 4/1/2016 to present. Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice to Caroline Perlis, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: ____________________

______________________________________
Signature of Individual or Individual's Representative

______________________________________
Printed Name of Individual's Representative (If applicable)

______________________________________
Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

**PERSONNEL RECORDS AUTHORIZATION**

TO WHOM IT MAY CONCERN:

This will authorize you to release any and all information in your care, custody or control concerning the hiring, the employment and/or separation of **KEELY SENSENEY**, date of birth _________, Social Security No. ________________, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

Such records should include any and all documents relating to the hiring, employment and/or separation of **KEELY SENSENEY**, and are not limited to the following illustrative examples: personnel file, supervisory file, disciplinary file, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **KEELY SENSENEY**.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.

______________ ____________________________

**Date** **KEELY SENSENEY**

**AUTHORIZATION FOR RELEASE OF CRIMINAL AND/OR ARREST RECORDS**

The undersigned, **KEELY SENSENEY**, **Date of Birth____________**, **Social Security No.________________**, hereby authorizes all state, federal and local law enforcement agencies, including, but not limited to, the Federal Bureau of Investigation, United States Attorneys, the Attorney Generals for all fifty states of the United States of America, all local prosecuting and/or district attorneys, all local and state police departments and the State and U.S. Parole Probation Office to release to the law firm of Phelps Dunbar LLP, and/or its attorneys or agents, any and all of **KEELY SENSENEY** arrests, probation, parole and/or criminal records in the possession, custody or control of such entity.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.

______________ ______________________________

**Date** **KEELY SENSENEY**

**ADMINISTRATIVE RECORDS RELEASE AUTHORIZATION**

**TO:**

I hereby authorize you to furnish to any representative of the law firm of **PHELPS DUNBAR LLP**, any and all administrative records, claims files, reports, recommendations, rulings or any other information or documentation you may have regarding any claims or complaints filed by me. This release pertains to the records of any administrative agency, including but not limited to, the Office of Workers' Compensation, Department of Labor, the Office of Federal Contract Compliance Program, Equal Employment Opportunity Commission, Social Security Agency, Louisiana Department of Employment Security, National Labor Relations Board, Wage and Hour Division of the Fair Labor Standards Act, Occupational Safety and Health Administration, Louisiana Commission on Human Rights, and Louisiana Health and Welfare Administration.

I further authorize any representative of the law firm of Phelps Dunbar LLP to obtain, at their expense, photostatic copies of such records as they desire. I hereby agree that a photostatic copy of this authorization may serve as an original. All documents should be mailed to:

CAROLINE PERLIS<br>DAVID KORN<br>Phelps Dunbar LLP<br>Suite 2000, Canal Place<br>365 Canal Street<br>New Orleans, Louisiana 70130-6534

A copy of the released records obtained by Phelps Dunbar LLP will be furnished to my counsel.

Signed and dated this ______ day of _________, 2026.

Signature: ___________________________________
**KEELY SENSENEY**

Name: **KEELY SENSENEY**

Social Security No.: _______________

Date of Birth: ________

**CELL PHONE RECORDS AUTHORIZATION FORM**

To:

This, or any photostatic copy hereof, will authorize you to furnish to Rebecca Sha, Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, with any and all information requested relating to mobile telephone number ________________, including but not limited to statements, bills, data usage records, text message records and text messages, from the time period of 2021 through present. Further, this or any photostatic copy hereof will authorize you to furnish Caroline Perlis of Phelps Dunbar, LLP with any and all records you may have in your possession, custody or control which, in any way, relate to mobile telephone number ____________________.

DATED:_____________

_________________________________
KEELY SENSENEY

STATE OF _____________________

COUNTY/PARISH OF ___________________

I, the undersigned, a Notary Public in and for said State and Parish/County, hereby certify that ___________________________________, whose name is signed to the foregoing Records Authorization Form, and who is known to me, acknowledged before me on this day that, being informed of the contents of said Records Authorization Form, he/she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal on this the _____ day of ________________, 2023.

_________________________________
NOTARY PUBLIC
My Commission

(SEAL)

Form **4506**

(April 2025)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506, visit *www.irs.gov/form4506*.**

OMB No. 1545-0429

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get your tax records and transcripts | Internal Revenue Service to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

**1a** Name shown on tax return. If a joint return, enter the name shown first.

KEELEY SENSENEY

**1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)**

**2a** If a joint return, enter spouse's name shown on tax return.

**2b Second social security number or individual taxpayer identification number if joint tax return**

**3** Current name, address (including apt., room, suite, or inmate no.), city, state, and ZIP code (see instructions).

**4** Previous address shown on the last return filed if different from line 3 (see instructions).

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

CAROLINE PERLIS, PHELPS DUNBAR, LLP, 365 CANAL ST., SUITE 2000, NEW ORLEANS, LA 70130 504-566-1311

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ______

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . ☐

**7** **Year or period requested**. Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

12 / 31 / 2021 12/ 31 / 2022 12 / 31 / 2023 12 / 31 / 2024

12 / 21 / 2025 12 / 31 / 2020 12 / 31 / 2019 12/31/2018 12/ 31 / 2017 12/31/2016

**8** **Fee.** There is a $30 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order**

| | | |
|---|---|---|
| **a** | Cost for each return . . . | $ 30.00 |
| **b** | Number of returns requested on line 7 . . . | |
| **c** | Total cost. Multiply line 8a by line 8b . . . | $ |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been complete

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☒ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions**

Phone number of taxpayer on line 1a or 2a

**Sign Here**

**Signature** (see instructions) Date

Print/Type name **Title** (if line 1a above is a corporation, partnership, estate, or trust)

**Spouse's signature** Date

Print/Type name

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*.

# General Instructions

**Caution:** Do not sign this form unless all applicable lines, *including lines 5 through 7*, have been completed.

**Designated Recipient Notification**. Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification**. Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Arizona, Arkansas, Florida, Georgia, Louisiana, Mississippi, New Mexico, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service<br>RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Iowa, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service<br>RAIVS Team<br>Stop 6705 S-2<br>Kansas City, MO 64999 |
| Alaska, California, Colorado, Hawaii, Idaho, Kansas, Michigan, Montana, Nebraska, Nevada, North Dakota, Ohio, Oregon, South Dakota, Utah, Washington, Wyoming | Internal Revenue Service<br>RAIVS Team<br>P.O. Box 9941<br>Mail Stop 6734<br>Ogden, UT 84409 |

## Chart for all other returns

| For returns not in Form 1040 series, if the address on the return was in: | Mail to: |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service<br>RAIVS Team<br>Stop 6705 S-2<br>Kansas City, MO<br>64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service<br>RAIVS Team<br>P.O. Box 9941<br>Mail Stop 6734<br>Ogden, UT 84409 |

# Specific Instructions

**Line 1b**. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line 3. If you are currently incarcerated, include your inmate identification number, name and address on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note**. If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B,Change of Address or Responsible Party — Business, with Form 4506.

**Line 7**. Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 return, or 03/31/2017 for a first quarter Form 941 return.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5 through 7*, are completed before signing.

**CAUTION** *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

***Individuals.*** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

***Corporations.*** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

***Partnerships.*** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

***All others.*** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

Form **SSA-7050-F4** (11-2024)
Discontinue Prior Editions
Social Security Administration


OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

*Use This Form If You Need

1. **Certified/Non-Certified Detailed Earnings Information**
   Includes periods of employment or self-employment and the names and addresses of employers.

2. **Certified Yearly Totals of Earnings**
   Includes total earnings for each year but does not include the names and addresses of employers.

DO NOT USE THIS FORM TO REQUEST YEARLY EARNINGS TOTALS

Yearly earnings totals are free to the public if you do not require certification.

To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Section 205 of the Social Security Act, as amended, allows us to collect this information. In addition, the Budget and Accounting Act of 1950 and Debt Collection Act of 1982 authorize us to collect credit card information, if you choose to pay for the earnings information you have requested with a credit card. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from processing your request.

We will use the information to identify your records, process your request, and send the earnings information you request. We may also share the information for the following purposes, called routine uses:

1. To the Internal Revenue Service (IRS) for auditing SSA's compliance with the safeguard provisions of the Internal Revenue Code of 1986, as amended.

2. To contractors and other Federal agencies, as necessary, for the purpose of, assisting the Social Security Administration (SSA) in the efficient administration of its programs.

3. To banks enrolled in the Treasury credit card network to collect a payment or debt when the individual has given his/her credit card number for this purpose.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0059, entitled Earnings Recording and Self-Employment Income System, 60-0090, entitled Master Beneficiary Record, 60-0224, entitled SSA-Initiated Personal Earnings and Benefit Estimate Statement, and 60-0231, entitled Financial Transactions of SSA Accounting and Finance Offices. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: S E N S E N E Y Middle Initial:

Last Name: K E E L E Y

Social Security Number (SSN) One SSN per request

Date of Birth: Date of Death:

Other Name(s) Used
Maiden Name

2. What kind of earnings information do you need? (Choose **ONE** of the following types of earnings or SSA must return this request.)

[2] **Itemized Statement of Earnings $61.00**
(Includes the names and addresses of employers)
If you check this box, tell us why you need this information below.

Year(s) Requested: 2 0 1 6 to 2 0 2 6
Year(s) Requested: to

[X] Check this box if you want the earnings information **CERTIFIED** for an additional $35.00 fee.

[ ] **Certified Yearly Totals of Earnings $35.00**
(Does not include the names and addresses of employers)Yearly earnings totals are FREE to the public if you do not require certification. To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

Year(s) Requested: to
Year(s) Requested: to

3. If you would like this information **sent to someone else**, please fill in the information below.
I authorize the Social Security Administration to release the earnings information to:

Name CAROLINE PERLIS, PHELPS DUNBAR, LLP

Address 365 CANAL STREET, SUITE 2000 State LA

City NEW ORLEANS ZIP Code 70130

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| **Signature AND Printed Name of Individual or Legal Guardian** | *SSA must receive this form within 120 days from the date signed*<br>Date |
|---|---|
| Relationship (if applicable, you must attach proof) | Daytime Phone: |
| Address | State |
| City | ZIP Code |

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

**INFORMATION ABOUT YOUR REQUEST**

You may use this form to request earnings information for one ONE Social Security Number (SSN)

### How do I get my earnings statement?

You must complete the attached form. Tell us the specific years of earnings you want, type of earnings record, and provide your mailing address. The itemized statement of earnings will be mailed to ONE address, therefore, if you want the statement sent to someone other than yourself, provide their address in section 3. Mail the completed form to SSA within 120 days of signature. If you sign with an "X", your mark must be witnessed by two impartial persons who must provide their name and address in the spaces provided. Select **ONE** type of earnings statement and include the appropriate fee.

**1. Certified/Non-Certified Itemized Statement of Earnings**
This statement includes years of self-employment or employment and the names and addresses of employers.

**2. Certified Yearly Totals of Earnings**
This statement includes the total earnings for each year requested but *does not* include the names and addresses of employers.

If you require one of each type of earnings statement, you must complete two separate forms. Mail each form to SSA with one form of payment attached to each request.

### How do I get someone else's earnings statement?

You may get someone else's earnings information if you meet one of the following criteria, attach the necessary documents to show your entitlement to the earnings information and include the appropriate fee.

**1. Someone Else's Earnings**
The natural or adoptive parent or legal guardian of a minor child, or the legal guardian of a legally declared incompetent individual, may obtain earnings information if acting in the best interest of the minor child or incompetent individual. You must include proof of your relationship to the individual with your request. The proof may include a birth certificate, court order, adoption decree, or other legally binding document.

**2. A Deceased Person's Earnings**
You can request earnings information from the record of a deceased person if you are:

- The legal representative of the estate;
- A survivor (that is, the spouse, parent, child, divorced spouse of divorced parent); or
- An individual with a material interest (e.g., financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

You must include proof of death and proof of your relationship to the deceased with your request.

### Is There A Fee For Earnings Information?

Yes. We charge a $61.00 fee for providing information for purposes unrelated to the administration of our programs.

**1. Certified or Non-Certified Itemized Statement of Earnings**
In most instances, individuals request Itemized Statements of Earnings for purposes unrelated to our programs such as a private pension plan or personal injury suit. Bulk submitters may email OCO.Pension.Fund@ssa.gov for an alternate method of obtaining itemized earnings information.

We will **certify** the itemized earnings information for an additional $35.00 fee. Certification is usually not necessary unless you are specifically requested to obtain a certified earnings record.

Sometimes, there is no charge for itemized earnings information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us and it does not agree with your records), we will supply you with more detail for the year(s) in question. Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

**2. Certified Yearly Totals of Earnings**
We charge $35.00 to certify yearly totals of earnings. However, if you do not want or need certification, you may obtain yearly totals *FREE* of charge at www.ssa.gov/myaccount. Certification is usually not necessary unless you are advised specifically to obtain a certified earnings record.

### Method of Payment
**This Fee Is Not Refundable. DO NOT SEND CASH.**

You may pay by credit card, check or money order.

- Credit Card Instructions
  Complete the credit card section on page 4 and return it with your request form.
- Check or Money Order Instructions
  Enclose one check or money order per request form payable to the Social Security Administration and write the Social Security number in the memo.

### How long will it take SSA to process my request?

Please allow SSA 120 days to process this request. After 120 days, you may contact 1-800-772-1213 to leave an inquiry regarding your request.

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

- **Where do I send my complete request?**

| Mail the completed form, supporting documentation, and applicable fee to: | If using private contractor such as FedEx mail form, supporting documentation, and application fee to: |
|---|---|
| **Social Security Administration**<br>P.O. Box 33011<br>Baltimore, Maryland 21290-33011 | **Social Security Administration**<br>P.O. Box 33011<br>Baltimore, Maryland 21290-33011 |

- **How much do I have to pay for an Itemized Statement of Earnings?**

| **Non-Certified** Itemized Statement of Earnings | **Certified** Itemized Statement of Earnings |
|---|---|
| $61.00 | $96.00 |

- **How much do I have to pay for Certified Yearly Totals of Earnings?**

Certified yearly totals of earnings cost $35.00. You may obtain non-certified yearly totals FREE of charge at www.ssa.gov/myaccount. Certification is usually not necessary unless you are specifically asked to obtain a certified earnings record.

**YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD**

As a convenience, we offer you the option to make your payment by credit card. However, regular credit card rules will apply. You also pay by check or money order. Make check payable to Social Security Administration.

| | |
|---|---|
| CHECK ONE | ☐ Visa ☐ American Express<br>☐ MasterCard ☐ Discover |
| Credit Card Holder's Name<br>(Enter the name from the credit card) | First Name, Middle Initial, Last Name |
| Credit Card Holder's Address | Number & Street<br>City, State, & ZIP Code |
| Daytime Telephone Number | Area Code |
| Credit Card Number | |
| Credit Card Expiration Date | (MM/YY) |
| Amount Charged<br>See above to select the correct fee for your request.<br>Applicable fees are $35.00, $61.00, or $96.00.<br>SSA will return forms without the appropriate fee. | $ |
| Credit Card Holder's Signature | Date |

| | | |
|---|---|---|
| **DO NOT WRITE IN THIS SPACE<br>OFFICE USE ONLY** | Authorization | |
| | Name | Date |
| | Remittance Control # | |

# Consent for Release of Information

## Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). You may complete this form to release only the minor's non-medical records, if you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child. We require proof of relationship, if you are not the subject of the record. We may charge a fee for providing the information, if you are requesting the information for a purpose unrelated to the administration of a program under the Social Security Act. If you are requesting information, such as a Social Security Statement or benefit verification letter, you can also access this information by creating an account at https://www.ssa.gov/myaccount/.

**NOTE**: **Do NOT use this form to request:**

- **The release of a minor child's medical records. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or**
- **Detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.**

## How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form.

- Fill in the name, date of birth, and social security number of the subject of the record.
- Fill in the name and address of the person or organization of where you want us to send the requested information.
- Specify the reason you want us to release the information (e.g., litigation, investigation, determining eligibility for benefits). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child or legally incompetent adult, you must state how the release of information is in the best interest of the minor child or legally incompetent adult.
- Check the box next to the type(s) of information you want us to release including specific date ranges, where applicable.

**NOTE:** Unless otherwise specified, the consent form is valid for one-time use only. Also, it is valid for one year from the date of signature, unless you are requesting medical records. A consent form that includes a request for medical records is valid for 90 days from the date of signature.

Send or bring the completed form to the subject of the record's local servicing office. To locate the appropriate servicing office, visit https://secure.ssa.gov/ICON/main.jsp, and input the subject of the record's ZIP code.

## Consent for Release of Information

You must complete all required fields. We will not honor your request unless all required fields are completed. (**Signifies a required field. **These are not mandatory fields for the consent form to be acceptable. Please complete these fields in case we need to contact you about the consent form*).

**TO: Social Security Administration**

| MARCUS COFIELD | | |
|---|---|---|
| ***Full Name** | ***Date of Birth (MM/DD/YYYY)** | ***Full Social Security Number** |

I authorize the Social Security Administration to release information or records about me to:

| ***NAME OF PERSON OR ORGANIZATION:** | ***ADDRESS OF PERSON OR ORGANIZATION:** **** PHONE NUMBER OF PERSON OR ORGANIZATION:** |
|---|---|
| REBECCA SHA, Phelps Dunbar, LLP | 504-566-1311 rebecca.sha@phelps.com |
| 365 Canal Street, Suite 2000 | |
| New Orleans, LA 70130 | |

***I want this information released because:**
We may charge a fee to release information for non-program purposes.

***Please release the following information selected from the list below:**
Check at least one box. If requesting medical records, do not check both boxes 7 and 8. We will not disclose records unless you include specific date ranges where applicable.

1. ☐ Verification of Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ Social Security benefit amounts from date 2016 to date 2026
5. ☒ Supplemental Security Income payment amounts from date 2016 to date 2026
6. ☐ Medicare entitlement from date 2016 to date 2026
7. ☐ Medical records from date 2016 to date 2026
8. ☒ Complete medical records
9. ☐ Other Social Security record(s) (We will not honor a request for "any and all records" or "the entire file." You must specify which records you are seeking. For example, award/denial notices, benefit applications, appeals)
   Award/denial notices, benefit applications, documents related to any appeal, questionnaires and determinations

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 1746) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtains access to records about another person under false pretenses is punishable by a fine of up to $5,000.**

***Signature:** ____________ ***Date:** ____________

****Address:** ____________ ****Daytime Phone:** ____________

****Relationship (if not the subject of the record):** ____________ ****Daytime Phone:** ____________

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address (Number and street,City,State, and ZIP Code) | Address (Number and street,City,State, and ZIP Code) |

## Privacy Act Statement
## Collection and Use of Personal Information

The Privacy Act (5 U.S.C. 552a) and Section 205(a) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from honoring the request to release information or records about you. We will use the information you provide to respond to the request for Social Security Administration (SSA) records. We may share the information for the following purposes, called routine uses:

- To contractors and other Federal agencies, as necessary, for the purpose of assisting SSA in the efficient administration of its programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, as published in the Federal Register (FR) on April 1, 2003, at 68 FR 15784; 60-0320, entitled Electronic Disability Claim File, as published in the FR on December 22, 2003, at 68 FR 71210; and 60-0340, entitled FOIA and Privacy Act Record Request and Appeal System, as published in the FR on July 13, 2016, at 81 FR 45352. Additional information, and a full listing of all our SORNs, is available on our website at www.ssa.gov/privacy.

## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send only comments relating to our time estimate to this address, not the completed form.***