# KEELY SENSENEY

Vancleave, MS
christina1716@gmail.com
+1 228 696 7613

Shipfitter with 5 year experience at Ingalls Shipbuilding and Floor industrial contractors. Authorized to work in the US for any employer.

## Work Experience

**Shipfitter**
Huntington Ingalls Shipbuilding - Pascagoula, MS
October 2021 to Present

- Fitted on main production crew welding and fitting up inserts, over head Ts, and bulkheads
- Used Torch to cut steel plates and tack up inserts.
- Fitting and tacking at extreme heights and confined spaces.
- Certified Fork lift operator
- Knowledgeable of shipyard terminology and can find any specific area on a ship
- Read blueprints to find where next job will be on ship
- Practiced osha safety guidelines and wearing Ppe at all times.
- Can set up torch to correct settings and run all lines

**Shipfitter Helper**
Floore Industrial Contractors/chevron Refinary - Pascagoula, MS
January 2019 to September 2021

- Fitted and tacked at extreme heights using harness and forklift
- Fitted for electricians
- Learned to read from blue print
- Set up torch and oxygen to correct settings and ran all lines.
- Practiced OSHA safety guidelines

## Education

**Technical school in Shipfitter**
Mississippi Gulf Coast Community College - Gautier, MS
March 2018 to September 2018

**Associate's degree in Medical Assisting**
Virginia College-Biloxi - Biloxi, MS
January 2008 to January 2010

## Skills

- Welding

EXHIBIT
4

- MIG welding
- Stick welding
- FCAW
- Plasma cutting
- Forklift
- Blueprint reading

## Certifications and Licenses

**TWIC Card**
January 2020 to 2025

**Merchant Marine Credential**
2019 to 2024

**US Coast gaurd medical certificate**
2019 to 2024

**MGCCC Shipfitter Certificate**
March 2018 to Present

Successfully completed technical trade school at MGCCC where I was trained for any entry level position as a Shipfitter.