IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:25cv288-TBM-RPM |
| BOLLINGER SHIPYARDS, LLC | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Equal Employment Opportunity Commission requests that Defendant Bollinger Shipyards, LLC, answer the following interrogatories fully and in writing under oath by an officer or agent competent to testify concerning the facts about which inquiry is made within 30 days after service of these Interrogatories.

**INTERROGATORY NO. 1:** Identify the pay and benefits, if any, that Charging Party Keely Senseney (Charging Party) received during her employment with Defendant.

**INTERROGATORY NO. 2:** State the reason(s) that Defendant placed Charging Party on leave after she disclosed her prescribed use of a synthetic opioid. If Defendant contends that Senseney's workplace performance or conduct were among the reasons why Defendant placed Charging Party on leave, describe each instance of poor performance or misconduct that Defendant contends supports its decision to place Charging Party on leave.

**INTERROGATORY NO. 3:** Identify each employee whom Defendant has placed on leave because of the employee's use of a prescription medication as prescribed between May 1, 2021,



EXHIBIT 1

and the present. For each such individual, state the individual's name and dates of employment. If any such individual is no longer employed by Defendant, further state the individual's last known phone number and last known mailing address.

**INTERROGATORY NO. 4:** Describe all equal employment opportunity trainings, including trainings on the Americans with Disabilities Act or anti-harassment and anti-retaliation trainings, that Defendant conducted between May 1, 2021, and the present. In doing so, state the dates of each training, the subject of each training, and the name and position of each individual who attended each training.

**INTERROGATORY NO. 5:** Identify by name and job title each individual who participated in Defendant's decision to place Charging Party on leave and state the role each such individual had in that decision.

**INTERROGATORY NO. 6:** Describe Defendant's process for administering, reviewing, or making decisions related to employee disclosures of prescribed use of synthetic opioids. In doing so, identify by name and job title each individual who was involved in administering, reviewing, or making decisions related to employee disclosures of prescribed use of synthetic opioids and state each such individual's role in this process.

**INTERROGATORY NO. 7:** Identify any parent or subsidiary corporation of Defendant. Describe the relationship between Defendant and each such parent or subsidiary corporation.

**INTERROGATORY NO. 8:** State Defendant's income, net worth, and profit for calendar years 2021-2026.

**INTERROGATORY NO. 9:** Identify each person who answered these Interrogatories, supplied information, or assisted in the preparation of the answers and specify for which Interrogatory each

identified person answered or supplied information. For each person identified, state what part they played in preparation of the answer.

**<u>INTERROGATORY NO. 10</u>:** State all facts supporting Defendant's contention that actions of Charging Party were a proximate or superseding cause of any damages Charging Party may have sustained.

**<u>INTERROGATORY NO. 11</u>:** State all facts supporting Defendant's contention that actions of a third party for whom Defendant is not responsible were a proximate or superseding cause of any damages Charging Party may have sustained.

**<u>INTERROGATORY NO. 12</u>:** State all facts supporting Defendant's contention that all conditions precedent to Plaintiff's initiation of this lawsuit were not fulfilled.

Respectfully submitted on April 13, 2026,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Jackson Area Office
Dr. A.H. McCoy Federal Building
100 W. Capitol St., Suite 338
Jackson, MS 39269

*<u>/s/ Jay Kucia</u>*
Jay Kucia
MS Bar No. 106123
Trial Attorney
jay.kucia@eeoc.gov
(205) 651-7081

Benjamin G. Cain
D.C. Bar No. 1046636
Assistant Regional Attorney
benjamin.g.cain@eeoc.gov
(205) 520-8071

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205

Marsha L. Rucker
PA Bar No. 90041
Regional Attorney
marsha.rucker@eeoc.gov
(205) 651-7045

## CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2026, I served the foregoing on Defendant's counsel via email.

*/s/ Jay Kucia*
Jay Kucia