IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>BOLLINGER SHIPYARDS, LLC,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>1:25-cv-00288-TBM-RPM |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Plaintiff Equal Employment Opportunity Commission files this Response in Opposition to Defendant's Motion to Compel Discovery. (ECF No. 27). Defendant's discovery demands at issue are overbroad, unduly burdensome, and disproportionate to the needs of this case. Defendant maintains the "full scope" of these demands even though the Commission has already produced to Defendant the relevant medical records, provided details about the relevant medical history in response to interrogatories, and facilitated Ms. Senseney's authorization for Bollinger to obtain additional medical records. Accordingly, Defendant's demand for the costs it incurred in making the Motion is also without merit. For these reasons, and the reasons set forth more fully in the accompanying memorandum, Plaintiff respectfully requests that this Court deny the Motion.

The following exhibits are attached to this Response:

1. Exhibit 1 – Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents.
2. Exhibit 2 – September 1, 2026, Email from Perlis to Thompson.

3. Exhibit 3 – September 7, 2026, Email from Perlis to Chambers.

4. Exhibit 4 – October 2, 2026, Email from Thompson to Perlis.

Respectfully submitted, October 16, 2026,

s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Trial Attorney
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov

Benjamin G. Cain
DC Bar No. 1046636’
Assistant Regional Attorney
Equal Employment Opportunity Commission
Jackson Area Office
100 West Capitol Street, Suite 338
Jackson, MS 39269
Telephone: (769) 487-6907
Fax: (601) 714-2202
Email: benjamin.g.cain@eeoc.gov