Outlook

**RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM**

**From** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Date** Fri 10/2/2026 2:40 PM
**To** Caroline Perlis <Caroline.Perlis@phelps.com>
**Cc** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>

1 attachment (472 KB)
2026 10 02 Senseney HIPAA Authorizations.pdf;

Caroline,

Attached are HIPAA authorizations signed by Ms. Senseney that cover records from her primary medical provider since January, 1, 2019, as well as records from the examinations that OHC and FMS conducted for Bollinger. The Commission continues to maintain that identifying or disclosing records from any other "hospital, clinic, rehabilitation facility, institution, medical doctor, osteopathic doctor, health care provider, psychologist, psychiatrist, counselor or clergy member . . . by whom the Charging Party was treated, examined, or counseled from April 1, 2016 to the present" would be irrelevant, needlessly cumulative, unduly burdensome, and not proportional to the needs of this case.

Please share with the Commission any and all records that you obtain through these authorizations.

Thank you,
Trent

**From:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Sent:** Monday, September 28, 2026 10:34 AM
**To:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Hi Trent,
I am following up on my previous email. Please let us know as soon as possible whether the EEOC intends to produce the attached authorizations signed by Ms. Senseney.

Please also let us know the EEOC's position regarding a joint request for a 90-day extension of all deadlines.
Best,
Caroline

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** Caroline Perlis
**Sent:** Wednesday, September 23, 2026 1:00 PM
**To:** 'WILLIAM THOMPSON' <WILLIAM.THOMPSON@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Hi Trent,
Thank you for confirming that the EEOC will not proceed with the depositions of Ms. Battaglia and Mr. Eymard next week. Please provide us with proposed dates to reschedule their depositions so that we can check if they (and we) are available on those dates.

For now, in order to move the case forward, we are okay with limiting discovery of Ms. Senseney's records from OHC and FMS to non-psychotherapy records. Bollinger explicitly reserves its right to seek psychotherapy records from these providers in the future if there is any indication that these providers may have psychotherapy records in their possession.

I have attached here new PDFs which only contain the non-psychotherapy records authorizations for OHC and FMS. You will notice that the scope of the non-psychotherapy record authorizations is unchanged. It is Bollinger's position that all records that OHC and FMS have in their possession regarding Ms. Senseney are within the scope of discovery in this case. OHC and FMS were the medical providers who were directly involved in making recommendations to Bollinger regarding whether Ms. Senseney was fit for duty. Any records in their possession, regardless of whether those records were specifically created in relation to the medical provider's evaluations of Keely at the request of Bollinger, could have been considered by the medical providers when making their recommendations, and are therefore extremely important and relevant to Bollinger's defenses in this matter. Please let us know as soon as

possible if the EEOC disagrees, as Bollinger will need to specifically include this issue in its Motion to Compel due to the importance and relevance of these records.

We appreciate the EEOC's willingness to agree to a 14-day extension of Bollinger's expert witness deadline. We intend to file a Consent Motion for Extension of Time with the Court this week.

Please let us know as soon as you are able regarding whether the EEOC is amenable to requesting a joint extension of the discovery deadline of December 1, 2026. If the Parties intend to ask for an extension, Defendant would prefer to do so as soon as possible to give the Court time to consider our request prior to the deadline and hopefully get an answer sooner rather than later in case our request is denied.
Best,
Caroline

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

---

**From:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Sent:** Tuesday, September 22, 2026 5:16 PM
**To:** Caroline Perlis <Caroline.Perlis@phelps.com>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Caroline,

Thank you and David for your time yesterday and for sharing the content of the proposed HIPAA authorizations. I can confirm that the EEOC will not proceed with the depositions of Battaglia and Eymard that were noticed for next week.

However, these draft HIPAA authorizations do not reflect the limitations we discussed during yesterday's conference. Specifically, we discussed that the releases would be limited to the examinations that these clinics conducted of Ms. Senseney for Bollinger. As I understand it, OHC conducted two examinations of Ms. Senseney for Bollinger in January-April 2024, and FMS conducted a single examination of Ms. Senseney in June-July 2024. Relatedly, given the nature of apparent fitness for duty exams by occupational health clinics, it seems unduly broad to ask Ms. Senseney to sign authorizations that specifically encompass psychotherapy, sexually transmitted diseases, and hepatitis, HIV, and sickle cell anemia.

I'm not yet in a position to provide the EEOC's thoughts on seeking a joint extension of the discovery schedule. While the December 1 discovery deadline holds, I can agree to a 14-day

extension of Bollinger's time to disclose expert witnesses; our concern is that a 30-day extension would give the EEOC insufficient time to depose those experts after their disclosure.

Please let us know if it would be helpful to discuss further.

Thank you,
Trent

---

**From:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Sent:** Tuesday, September 22, 2026 1:03 PM
**To:** JAY KUCIA <JAY.KUCIA@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

All:
We are writing to memorialize yesterday's call and follow up on some of the outstanding issues that we discussed. We discussed whether the EEOC would be willing to recommend to Ms. Senseney that she sign HIPAA authorizations that would allow Defendant to request her records from Occupational Health Center (OHC) and Family Medical Services (FMS), which are two of the providers that were directly involved in the underlying facts of this case. Trent stated that he did not think the EEOC would oppose depending on the language of the authorizations. Please see draft authorizations for OHC and FMS attached here. Please let us know whether the EEOC agrees to recommend to Ms. Senseney that she sign the attached authorizations.

Trent also mentioned that the EEOC may want to reschedule the depositions of Rachael Battaglia and Jerome Eymard, which are currently noticed for Tuesday and Wednesday of next week, due to the outstanding discovery disputes between the Parties. Please let us know as soon as possible if the EEOC intends to re-schedule these depositions so that we can inform our client of the schedule change.

Relatedly, we discussed potentially seeking a 90-day extension of the discovery deadline in this case, which would also potentially also move the trial date. Defendant is in favor of requesting an extension in light of discussions of pushing back already noticed depositions, the fact that more depositions will need to be noticed, and the fact that the December 1st discovery deadline is quickly approaching in this case. Please let us know the EEOC's position on requesting a joint extension of the discovery deadline.

We also would like to request a thirty-day extension of time to disclose the identities of our expert witnesses and produce any witness reports. Please let us know if the EEOC objects to this Request.

We are happy to set up another call to talk through these issues if that would be helpful.
Best,
Caroline

---

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000

New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** Caroline Perlis
**Sent:** Thursday, September 17, 2026 5:27 PM
**To:** 'JAY KUCIA' <JAY.KUCIA@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Thanks, Jay. I just sent a Teams invite for 11:30 a.m. on Monday. Let me know if things change once you get a chance to talk to Trent and we can adjust accordingly.

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** JAY KUCIA <JAY.KUCIA@EEOC.GOV>
**Sent:** Thursday, September 17, 2026 5:24 PM
**To:** Caroline Perlis <Caroline.Perlis@phelps.com>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Hi Caroline,

Looking at Trent's Teams calendar, it looks like he is available from 11:30-12:30 on Monday. I am available too, so you can send a Teams invite.

Best,

Jay Kucia

Jay Kucia
Trial Attorney
U.S. Equal Employment Opportunity Commission
(769) 487-6906

---

**From:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Sent:** Thursday, September 17, 2026 5:12 PM
**To:** JAY KUCIA <JAY.KUCIA@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Hi Jay,
David and I are available on Monday from 11:30-12:30. Please let us know if a time in that window works for the EEOC. If not, please let us know other times on Monday that you all are available.
Best,
Caroline

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** JAY KUCIA <JAY.KUCIA@EEOC.GOV>
**Sent:** Thursday, September 17, 2026 4:51 PM
**To:** Caroline Perlis <Caroline.Perlis@phelps.com>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Hi Caroline,

Trent will still be out tomorrow. If it is okay with you, could we please find a time on Monday or some other day next week? That way we can all be on the same page.

Best,

Jay Kucia

Jay Kucia
Trial Attorney
U.S. Equal Employment Opportunity Commission
(769) 487-6906

---

**From:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Sent:** Thursday, September 17, 2026 4:27 PM
**To:** BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

All:
Do you have any availability for a discovery conference tomorrow afternoon to discuss whether the EEOC would be amenable to recommending that Ms. Senseney sign a HIPAA authorization with respect to her medical records from Occupational Health Center ("OHC")? We would also like to discuss the deposition notices that Trent issued on September 11, 2026. David and I are available from 1:00-3:00 or from 4:00-5:00. Please let us know if any time in those windows work for you.
Best,
Caroline

**Caroline Perlis**
Associate
Phelps Dunbar LLP

Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>
**Sent:** Thursday, September 17, 2026 10:53 AM
**To:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Subject:** RE: [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Hi Caroline,

What number(s) should we call to join everyone onto the line this afternoon prior to the telephonic conference?

Thanks,
Ben

Benjamin G. Cain
Assistant Regional Attorney
U.S. Equal Employment Opportunity Commission
Dr. A. H. McCoy Federal Building
100 W. Capitol St., Suite 338
Jackson, MS 39269
Ph: 769.487.6907

---

**From:** Caroline Perlis <Caroline.Perlis@phelps.com>
**Sent:** Wednesday, September 16, 2026 3:07 PM
**To:** MSSDdb_Myers_Chambers <Myers_Chambers@mssd.uscourts.gov>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris

<Adam.Harris@phelps.com>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>
**Subject:** [External] RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Mr. Lott,
Please see attached here Defendant's statement setting forth its position regarding this discovery dispute.
Best,
Caroline

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** Caroline Perlis
**Sent:** Friday, September 11, 2026 11:59 AM
**To:** 'MSSDdb_Myers_Chambers' <Myers_Chambers@mssd.uscourts.gov>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>
**Subject:** RE: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Hi Mr. Lott,
Thank you for your assistance. Defendant will provide a response setting forth its position regarding this dispute prior to the conference, which we saw was set for September 17th at 3:00 p.m.
Best,

Caroline

**Caroline Perlis**
Associate
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-679-5553
Fax: 504-568-9130
Email: caroline.perlis@phelps.com

phelps

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** MSSDdb_Myers_Chambers <Myers_Chambers@mssd.uscourts.gov>
**Sent:** Friday, September 11, 2026 10:31 AM
**To:** MSSDdb_Myers_Chambers <Myers_Chambers@mssd.uscourts.gov>; WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Cc:** David Korn <David.Korn@phelps.com>; Caroline Perlis <Caroline.Perlis@phelps.com>; Mark Fijman <Mark.Fijman@phelps.com>; Adam Harris <Adam.Harris@phelps.com>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>
**Subject:** Re: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Good morning, counsel,

After discussing this with Judge Myers, the Court will set this matter for a telephonic discovery conference. However, I do not believe the Court has received Defendant's response setting forth its position regarding this dispute. Please provide a response setting forth Defendant's position regarding this dispute prior to the conference.

Thank you,

Philip S. Lott
Term Law Clerk to
Honorable Robert P. Myers, Jr.
United States Magistrate Judge
Southern District of Mississippi

---

**From:** MSSDdb_Myers_Chambers <Myers_Chambers@mssd.uscourts.gov>
**Sent:** Tuesday, September 8, 2026 9:38 AM
**To:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>; MSSDdb_Myers_Chambers

<Myers_Chambers@mssd.uscourts.gov>
**Cc:** David Korn <david.korn@phelps.com>; Caroline Perlis <caroline.perlis@phelps.com>; Mark Fijman <mark.fijman@phelps.com>; Adam.Harris@phelps.com <adam.harris@phelps.com>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>
**Subject:** Re: Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

Good morning, counsel,

I will notify Judge Myers of your request for a telephonic discovery conference. Judge Myers would ask that Defendant provide a brief response setting forth its position regarding this dispute.

Best,

Philip S. Lott

Term Law Clerk to

Honorable Robert P. Myers, Jr.

United States Magistrate Judge

Southern District of Mississippi

---

**From:** WILLIAM THOMPSON <WILLIAM.THOMPSON@EEOC.GOV>
**Sent:** Friday, September 4, 2026 9:47 AM
**To:** MSSDdb_Myers_Chambers <Myers_Chambers@mssd.uscourts.gov>
**Cc:** David Korn <david.korn@phelps.com>; Caroline Perlis <caroline.perlis@phelps.com>; Mark Fijman <mark.fijman@phelps.com>; Adam.Harris@phelps.com <adam.harris@phelps.com>; MARSHA L. RUCKER <MARSHA.RUCKER@EEOC.GOV>; BENJAMIN CAIN <BENJAMIN.G.CAIN@EEOC.GOV>; JAY KUCIA <JAY.KUCIA@EEOC.GOV>
**Subject:** Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC, No. 1:25-cv-00288-TBM-RPM

**CAUTION - EXTERNAL:**

Dear Judge Myers,

Plaintiff Equal Employment Opportunity Commission writes to request a telephonic conference regarding the non-party subpoenas that Defendant intends to serve. Attached is a two-page letter setting forth the Commission's objections and anticipated arguments on a motion for a protective order.

Please let us know if the parties may provide any additional information. We appreciate the Court's time and assistance with this matter.

Respectfully,
Trent

**Wm. Trent Thompson | Trial Attorney**

U.S. Equal Employment Opportunity Commission
1130 22nd Street South, Suite 2000, Birmingham, AL 35205

205.651.7065 | william.thompson@eeoc.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**HIPAA AUTHORIZATION**

**FOR USE AND DISCLOSURE OF INFORMATION**
**(Excluding psychotherapy notes)**

**Provider:** **Martin Medical of Ocean Springs, Mississippi**

**Patient:** **Keely Senseney**

**Social Security Number:** [redacted]**1716**

**Date of Birth:** [redacted] **1986**

---

I, the above-named Patient, understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the above-named Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of EEOC v. Bollinger Shipyards, LLC, USDC-SDMS, Civil Action No. 1:25-cv-00288.

2. The recipient of this information is Caroline Perlis or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to the Equal Employment Opportunity Commission's attorneys of record in the same matter.

3. The information that will be used or disclosed are **certified copies** of all my medical records since January 2019, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/ substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure

request, the undersigned does not authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice to Caroline Perlis c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: Oct 2, 2026 Keely Senseney

Signature of Patient

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

# HIPAA AUTHORIZATION

## FOR USE AND DISCLOSURE OF INFORMATION
**(Excluding psychotherapy notes)**

**Provider:** **Family Medical Services of Cut Off, Louisiana**

**Patient:** **Keely Senseney**

**Social Security Number:** [redacted]**1716**

**Date of Birth:** [redacted]**1986**

---

I, the above-named Patient, understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the above-named Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of EEOC v. Bollinger Shipyards, LLC, USDC-SDMS, Civil Action No. 1:25-cv-00288.

2. The recipient of this information is Caroline Perlis or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to the Equal Employment Opportunity Commission's attorneys of record in the same matter.

3. The information that will be used or disclosed are **certified copies** of all my medical records from June 2024 through July 2024, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/ substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure

request, the undersigned does not authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice to Caroline Perlis c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: Oct 2, 2026

Keely Senseney
Signature of Patient

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

**HIPAA AUTHORIZATION**

**FOR USE AND DISCLOSURE OF INFORMATION**
**(Excluding psychotherapy notes)**

**Provider:** **Occupational Health Center of Pascagoula, Mississippi**

**Patient:** **Keely Senseney**

**Social Security Number:** [redacted]**1716**

**Date of Birth:** [redacted]**1986**

---

I, the above-named Patient, understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the above-named Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of EEOC v. Bollinger Shipyards, LLC, USDC-SDMS, Civil Action No. 1:25-cv-00288.

2. The recipient of this information is Caroline Perlis or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to the Equal Employment Opportunity Commission's attorneys of record in the same matter.

3. The information that will be used or disclosed are **certified copies** of all my medical records from January 2024 through April 2024, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure

request, the undersigned does not authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5. A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6. I understand that I can revoke this authorization at any time by providing written notice to Caroline Perlis c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and/or to the provider listed above. If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7. By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: Oct 2, 2026

Keely Sensency
Signature of Patient

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**