IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Civil Action No. 1:25cv00288-TBM-RPM |
| BOLLINGER SHIPYARDS, LLC, | ) | |
| DEFENDANT. | ) | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Equal Employment Opportunity Commission and Defendant Bollinger Shipyards, LLC jointly request the extension of certain deadlines in this matter. Specifically, the parties request an extension of Defendant's expert disclosure deadline, the discovery deadline, and the dispositive motion deadline by 90 days. If the Parties' request for relief were granted, Defendant's expert disclosure deadline would be January 27, 2027, the discovery deadline would be March 1, 2027, and the dispositive motion deadline would be March 15, 2027.

1. Defendant's current deadline to disclose its expert witnesses and produce its expert report(s) is October 29, 2026.
2. The current discovery deadline is December 1, 2026.
3. The current dispositive motion and Daubert motion deadline is December 15, 2026.
4. On September 30, 2026, Plaintiff filed *Equal Employment Opportunity Commission v. Bollinger Shipyards, LLC and Bollinger Mississippi Shipbuilding, LLC*, Civil Action No. 1:26cv284-HSO-BWR (S.D. Miss.).

5. The same counsel represent the parties in both the instant action and the newly filed litigation.

6. Counsel have met and conferred and agree that consolidation of discovery between the two suits would be appropriate and efficient to conserve party and judicial resources.

7. Bollinger has advised that it will not oppose the portion of the EEOC's motion to consolidate that requests consolidation of discovery. Bollinger reserves its right to oppose the EEOC's request for consolidation of post-discovery motions and trial.

8. The parties respectfully seek an extension of certain deadlines in this matter so that discovery disputes pending before the Court may be resolved and the extent of consolidation, if any, may be determined before the deadlines arrive.[1]

9. Specifically, the Parties respectfully request that Defendant's expert disclosure deadline, the discovery deadline, and the dispositive and Daubert motion deadline all be extended by ninety (90) days.

10. The parties' request to consolidate discovery would avoid duplicative discovery efforts as to common factual issues and witnesses who will need to testify in both cases.

11. No party will be prejudiced by the requested extension.

12. The parties therefore respectfully request that the Court extend the Defendant's expert disclosure deadline by 90 days to January 27, 2027, the discovery deadline by 90 days to March 1, 2027, and the dispositive and Daubert motion deadline by 90 days to March 15, 2027.

13. Given the nature of this request, the parties request that the Court waive the requirement of a separate supporting memorandum of law.

[1] As noted in the Motion to Consolidate, if discovery is consolidated, the Parties propose an end date for discovery in both matters in Summer 2027.

Respectfully submitted, October 20, 2026,

/s/ Trent Thompson
Wm. Trent Thompson
NY Bar No. 5232525
Trial Attorney
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Telephone: (205) 651-7065
Fax: (205) 212-2041
Email: william.thompson@eeoc.gov

Benjamin G. Cain
DC Bar No. 1046636
Assistant Regional Attorney
Equal Employment Opportunity Commission
Jackson Area Office
100 West Capitol Street, Suite 338
Jackson, MS 39269
Telephone: (769) 487-6907
Fax: (601) 714-2202
Email: benjamin.g.cain@eeoc.gov

**ATTORNEYS FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**PHELPS DUNBAR LLP**

BY: */s/ David Korn*
Mark Fijman (MS Bar 99153)
David M. Korn (pro hac vice)
Caroline E. Perlis (pro hac vice)
Canal Place | 365 Canal St., Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: fijmanm@phelps.com
Email: kornd@phelps.com
Email: caroline.perlis@phelps.com

Adam Harris (MS Bar 102955)
2602 13th St., Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

**ATTORNEYS FOR DEFENDANT BOLLINGER SHIPYARDS, LLC**