**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 1:25-CV-00288-TBM-RPM** |
| **BOLLINGER SHIPYARDS, LLC** | **DEFENDANT** |

**DEFENDANT'S RESPONSE IN PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE CASES**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Bollinger Shipyards, LLC ("Bollinger"), who respectfully submits this Response in Partial Opposition to Plaintiff's Motion to Consolidate cases (R. Doc. 39). Defendant does not oppose Plaintiff's Motion to Consolidate cases to the extent that it seeks to consolidate this Action with Civ. Action No. 1:26-cv-00284-HSO-BWR for the purposes of discovery only. However, for the reasons more fully explained in Defendant's Memorandum in Support of this Response in Opposition, Defendant opposes Plaintiff's Motion to Consolidate to the extent that it seeks to Consolidate the two matters for post-discovery purposes, including dispositive motions and trial.

Therefore, Defendant respectfully requests that Plaintiff's Motion to Consolidate be denied, and that the Court decline to consolidate this matter with Civ. Action No. 1:26-cv-00284-HSO-BWR for any purposes other than discovery.

THIS the 2nd day of November, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ David Korn*
Mark Fijman (MS Bar 99153)
David M. Korn (pro hac vice)
Caroline E. Perlis (pro hac vice)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: fijmanm@phelps.com
Email: kornd@phelps.com
Email: caroline.perlis@phelps.com

Adam Harris (MS Bar 102955)
2602 13th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: 228 679 1130
Facsimile: 228 679 1131
Email: adam.harris@phelps.com

**ATTORNEYS FOR DEFENDANT BOLLINGER SHIPYARDS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Response on November 2, 2026, using the Clerk of Court's CM/ECF system, which sent a notice of filing to all counsel enrolled in this matter.

*/s/ David Korn*